1   Mark A. Finkelstein (State Bar No. 173851)
    mafinkelstein@jonesday.com
2   JONES DAY
    3161 Michelson Drive
3   Suite 800
    Irvine, CA 92612
4   Telephone: (949) 851-3939
    Facsimile: (949) 553-7539
5
    Attorneys for Plaintiff
6   ENTREPRENEUR MEDIA, INC.
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  ENTREPRENEUR MEDIA, INC., a California corporation, | CASE NO.  SACV11-01366 JST (ANx) |
| 12 | **COMPLAINT FOR:** |
| 13              Plaintiff, | **(1) FALSE DESIGNATION OF ORIGIN;** |
| 14       v. | |
| 15  Light Point Holdings Corporation, a Florida corporation, and Entrepreneur Avenue, Inc., an unknown entity, | **(2) FEDERAL TRADEMARK INFRINGEMENT;** |
| 16 | **(3) FEDERAL COPYRIGHT INFRINGEMENT; AND** |
| 17              Defendants. | |
| 18 | **(4) CALIFORNIA UNFAIR COMPETITION** |
| 19 | **DEMAND FOR JURY TRIAL** |

20
21
22
23
24
25
26
27
28

IRI-25854v1

Plaintiff Entrepreneur Media, Inc. ("EMI" or "Plaintiff") for its Complaint against Light Point Holdings Corporation and Entrepreneur Avenue, Inc. (collectively, "Defendants") alleges as follows:

## JURISDICTION AND VENUE

1.     EMI brings this action for injunctive relief and damages for federal trademark infringement and false designation of origin, as well as federal copyright infringement and unfair competition under California law.  This Court has subject matter jurisdiction over the federal question claims pursuant to 28 U.S.C. § 1331 and 1338(a).  This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1338(b) and 1367(a).

2.     The Defendants, through their Internet presence, conduct business within the State of California and this District and provide services into the State of California and this District.  On information and belief, Defendants derive a financial benefit from the commercial activities they conduct within the State of California.

3.     On information and belief, Defendants are subject to this Court's personal jurisdiction in that they (1) transact business within the State of California and this District, (2) have committed the tortious acts specified herein within the State of California and this District, and (3) have committed tortious acts within the State of California causing injury to persons or property within the State of California and this District.

4.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(b)(2), and 1391(c), because Defendants reside in this District and because the wrongful acts alleged herein have been committed in this District. Defendants are subject to personal jurisdiction in this District, a substantial part of the acts and omissions giving rise to the claims set forth below occurred in this District, and the intellectual property that is the subject of this action is located and maintained in this District.

IRI-25854v1

## THE PARTIES

5.      EMI is a California corporation with its principal place of business at 2445 McCabe Way, Suite 400, Irvine, California 92614.

6.      Light Point is a Florida corporation with its principal place of business in Jupiter, Florida.

7.      Entrepreneur Avenue, Inc., is an unknown entity that is purported to be a "subsidiary" of Light Point, based in Lake Mary, Florida.

## FACTUAL BACKGROUND

### *EMI's Trademark Rights*

8.      EMI is a well-known publisher of magazines and business guides, including ENTREPRENEUR® magazine and other publications incorporating the ENTREPRENEUR® trademark (the "ENTREPRENEUR Mark") in their titles. ENTREPRENEUR® magazine is published monthly with a current paid circulation, including both subscriptions and newsstand sales, of more than 600,000.  ENTREPRENEUR® magazine is sold and currently distributed in over 100 foreign countries.

9.      Beginning in 1978, EMI has continuously used the ENTREPRENEUR Mark to identify the source of its editorial and advertising content as marketed, sold and distributed through the numerous media outlets it owns, as well as through third-party media outlets, including in or through print publications such as magazines, business guides and other books, seminars and other educational events, and throughout the World Wide Web.  EMI has prominently displayed the ENTREPRENEUR Mark on its letterhead, promotional literature, and media advertising, and in books and periodicals circulated throughout the United States and worldwide.

10.      In addition to the goods and services described above, EMI also owns and operates a number of websites, including its flagship website at <www.entrepreneur.com> (the "E.com Site"), through which it disseminates its

IRI-25854v1

editorial content and other information, as well as offers of products and services related or of interest to businesses, business owners, and prospective business owners, and which averages over 6 million unique visitors per month and over 52.6 million page views per month.

11.   EMI owns all rights, title and interest in and to the ENTREPRENEUR Mark for various goods and services in a number of International Classes, including Classes 16, 35, and 41.  EMI owns, *inter alia*, the following United States Trademark Registration Nos. for the ENTREPRENEUR Mark:  1,453,968; 2,502,032; and 2,263,883.  These registrations are valid and subsisting and in full force and effect.  True and correct copies of the registration certificates for the cited registrations are attached hereto as Exhibit A.

12.   Additionally, EMI owns, *inter alia*, all rights and interest to the following United States Trademark Registration Nos. for marks incorporating the term "ENTREPRENEUR" for use in connection with its various media outlets, including printed and digitized books and online and/or Internet services: 3,470,064; 3,924,374; 3,519,022; 3,470,063; 3,266,532; 3,652,950; and 3,204,899. These registrations are valid and subsisting and in full force and effect.  True and correct copies of the registration certificates for the cited registrations are attached hereto as Exhibit B.

13.   EMI has continuously and extensively used, advertised, marketed, and promoted the ENTREPRENEUR Mark in the United States and many foreign countries in connection with its goods and services, including its magazine and other publications.  EMI has spent millions of dollars and has expended significant effort in promoting its goods and services under the ENTREPRENEUR Mark through various means, including the E.com Site.  As a result of EMI's substantial investment in developing and promoting the ENTREPRENEUR Mark, the ENTREPRENEUR Mark has come to identify and distinguish EMI's goods and

IRI-25854v1

3

services and represents enormous goodwill of great value belonging exclusively to EMI.

### *EMI's Copyright Rights*

14.    In addition to the above rights in the ENTREPRENEUR Mark and related goodwill therein, EMI owns the following United States Copyright Registrations for various issues of ENTREPRENEUR® magazine, as well as *Entrepreneur Startups*, a related magazine also owned by EMI, portions of which were also featured on the E.com Site:  (1) TX 7-238-951, (2) TX 7-327-267, (3) TX 7-285-533, (4) TX 7-350-540, (5) TX 7-372-277, (6) TX 7-383-678, and (7) TX 7-386-095 (collectively, the "EMI Copyrighted Publications").  True and correct copies of these copyright registrations are attached hereto as Exhibits C-I.

15.    EMI's monthly ENTREPRENEUR® magazine has been continuously published under the ENTREPRENEUR Mark in print for over thirty years and on the E.com Site for over fifteen years.

### *The Defendants' Infringing Acts*

16.    Defendants operate an infringing website (the "Infringing Website") at the domain name located at the following internet address: *<http://www.entrepreneur-ave.com>* (the "Infringing Domain Name").

17.    Upon information and belief, Defendants use the Infringing Website to promote services under the trade name "Entrepreneur Avenue."  Defendants describe the services provided by Entrepreneur Avenue as a "marketplace where consumers (in our case, Entrepreneurs), can locate quality Vendors to assist them in the many areas of starting and growing their business without spending their own money and losing valuable time on 'Trial & Error' (hiring low quality and/or dysfunctional vendors). We've been pulling together a vast array of resources for entrepreneurs. Our primary service is our constantly updated directory of quality rated B2B Vendor Service providers. We are constantly expanding our list of B2B service providers to better suit all your business needs."  True and correct copies of

IRI-25854v1

4

1   the home page of the Infringing Website as well as other related pages from the
2   Infringing Website are attached hereto as Exhibit J.

3       18.    Until EMI recently threatened legal action against Defendants,
4   Defendants used EMI's ENTREPRENEUR Mark throughout the Infringing
5   Website to promote, advertise and market its services under the trade name
6   ENTREPRENEUR AVENUE.  Further, Defendants also published and displayed
7   on the Infringing Website verbatim copies of articles contained within EMI's
8   Copyrighted Publications without the permission, authorization or approval of EMI.
9   A true and correct copy of the web pages from the Infringing Website, whereby
10  Defendants published and displayed EMI's Copyrighted Publications, is attached
11  hereto as Exhibit K.  Copies of the corresponding articles from EMI's magazine are
12  attached as Exhibit L.

13      19.    The Infringing Domain Name completely encompasses the
14  ENTREPRENEUR Mark in its entirety, followed only by a hyphen (-) and the
15  generic word "ave" and, on information and belief, is confusingly similar to the
16  ENTREPRENEUR Mark and to the E.com Site domain name owned by EMI.
17  Such confusion is heightened and made all the more likely by the fact that the
18  Infringing Website also included copies of EMI's Copyrighted Publications without
19  the permission, authorization or approval of EMI, and EMI's Copyrighted
20  Publications were placed in a section of the Infringing Website entitled
21  "Entrepreneur Magazine."  Defendants' use of the ENTREPRENEUR Mark in the
22  Infringing Domain Name and publication of EMI's Copyrighted Content on the
23  Infringing Website falsely implies that the Infringing Domain Name and Infringing
24  Website are associated with, affiliated with, or approved by EMI.

25      20.    In particular, among other EMI articles and content, the following
26  articles, which are within EMI's Copyrighted Publications, were featured on the
27  Infringing Website: (1) *The Game Changer:  Digital Chocolate's Trip Hawkins*, (2)
28  *The Smartphone Gets Smarter:  Mobile Apps for Entrepreneurs*, (3) *Business*

IRI-25854v1

5

1  *Travelers: Don't Miss These City Wineries*, (4) *Making a Fermented Tea Trendy*,

2  (5) *Chris Brogan on Ways to Cross-Promote Your Online Offline Marketing*, (6)

3  *Humility: An Undervalued But Crucial Business Asset*, (7) *Five Recovery Steps*

4  *Business Owners Need to Take Now*, (8) *Stumptown's Duane Sorenson, the Coffee*

5  *Connoisseur*, (9) *How Gamesalad Can Help You Create Your Own Video Game*,

6  (10) *Three Tips for Saving Money on Mobile Plans*, and (11) *How Marlo Scott*

7  *Ditched the Big Office and Big Salary to Get Her Sweet Revenge*.

8       21.    Infringement was not limited to the articles described above.  Indeed,

9  Defendant copied other content from EMI's ENTREPRENEUR® magazine and/or

10  the E.com site, dated as early as October 26, 2010, and continuously thereafter until

11  approximately mid-July, 2011.

12       22.    The Defendants' unauthorized use of (a) the ENTREPRENEUR Mark

13  in the Infringing Domain Name and throughout the Infringing Website and as part

14  of the ENTREPRENEUR AVENUE trade name, and (b) verbatim copies of

15  articles, that EMI first published and which are within EMI's Copyrighted

16  Publications, is likely to cause confusion or mistake as to the source or sponsorship,

17  affiliation with, or endorsement of, the Infringing Domain Name, the Infringing

18  Website, and the related services and content thereon.

19       23.    On information and belief, the Infringing Domain Name was

20  registered and used in bad faith in violation of the ACPA and the Lanham Act.  The

21  Infringing Domain Name diverts consumers from EMI's online sites, such as the

22  E.com Site and others, by creating a likelihood of confusion as to whether EMI is

23  the source or sponsor of, is affiliated with, or endorses the Infringing Domain

24  Name, the Infringing Website, and the related services and content thereon.  Such

25  intent to create a likelihood of confusion is evidence of bad faith pursuant to 15

26  U.S.C. § 1125(d)(1)(B)(i)(V).

27       24.    Upon information and belief, and despite having knowledge of

28  Plaintiff's rights in the ENTREPRENEUR Mark, Defendants adopted and used the

IRI-25854v1

6

1   ENTREPRENEUR Mark, in connection with the Infringing Domain Name and the
2   ENTREPRENEUR AVENUE trade name.

3       25.    Upon information and belief, Defendants' services offered on the
4   Infringing Website are marketed, sold, and otherwise distributed in the same
5   channels of trade and to the same class of customers and end-users as the goods and
6   services marketed, sold, and otherwise distributed by Plaintiff under the
7   ENTREPRENEUR Mark and through Plaintiff's print and online media outlets,
8   including ENTREPRENEUR® magazine and the E.com Site.

9       26.    Upon information and belief, Defendants' use and threatened
10  continued use of the ENTREPRENEUR Mark have been willful and in bad faith.

11      27.    Upon information and belief, and despite having knowledge of
12  Plaintiff's rights in EMI's Copyrighted Publications, Defendants have copied,
13  published, displayed, reproduced and distributed content within those Copyrighted
14  Publications throughout the United States, including California.  Defendants'
15  copies of articles posted on the Infringing Website and taken from EMI's
16  Copyrighted Publications are identical to those articles as originally published in
17  EMI's Copyrighted Publications.  On the Infringing Website, Defendant even
18  admits the copyrighted material it took from EMI was taken from "Entrepreneur
19  Magazine."

20      28.    Plaintiff has not given Defendants permission to copy, publish,
21  display, reproduce or distribute copies of any of the content contained in EMI's
22  Copyrighted Publications in any manner whatsoever.

23      29.    On July 14, 2011, counsel for EMI sent a letter to Mr. Robert Wells,
24  President of and Registered Agent for Light Point Holdings Corporation at the
25  address listed for Mr. Wells with the Florida Department of State/Division of
26  Corporations, demanding, among other things, that the Defendant cease its
27  infringement of the ENTREPRENEUR Mark and EMI's Copyrighted Publications.
28  A true and correct copy of the July 14, 2011 letter is attached hereto as Exhibit M.

IRI-25854v1

7

30.   Defendants did not respond to the July 14, 2011 letter but, instead, removed the content taken from EMI's Copyrighted Publications as well as the E.com Site, tacitly admitting they had no permission or right to do so in the first instance.

31.   Defendants continue to use the Infringing Domain Name.

32.   Defendants' willful infringement of EMI's intellectual property has caused and is causing EMI to suffer serious and irreparable injury.

## COUNT I – VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT

### (15 U.S.C. § 1125(d))

33.   Plaintiff incorporates and realleges by reference Paragraphs 1 through 32, as though set forth in full herein.

34.   The actions described above evidence Defendants' bad faith intent to profit from the registration and/or use of the ENTREPRENEUR Mark as part of the Infringing Domain Name.

35.   Plaintiff is therefore entitled to an order and injunction immediately transferring the Infringing Domain Name to Entrepreneur Media, Inc.

## COUNT II - INFRINGEMENT OF A FEDERALLY REGISTERED TRADEMARK

### (15 U.S.C. § 1114)

36.   Plaintiff incorporates and realleges by reference paragraphs 1 through 35 as though set forth in full herein.

37.   Defendants' use of the ENTREPRENEUR Mark as part of the Infringing Domain Name, the ENTREPRENEUR AVENUE trade name and on the Infringing Website in connection with the marketing, sale, and distribution of the same or similar goods and services as offered by EMI under the ENTREPRENEUR® Mark directly infringes the ENTREPRENEUR Mark in violation of the Lanham Act, 15 U.S.C. § 1114.

IRI-25854v1

38.    Defendants' use of the ENTREPRENEUR Mark as part of the Infringing Domain Name, the ENTREPRENEUR AVENUE trade name and on the Infringing Website creates a likelihood of confusion, mistake and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Domain Name, the ENTREPRENEUR AVENUE trade name, and the goods and services offered on the Infringing Website.

39.    Because of Defendants' unlawful actions, EMI has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendants as a result of those unlawful actions, as well as EMI's costs of suit, pursuant to 15 U.S.C. § 1117.

40.    Upon information and belief, Defendants' unlawful actions, as above-described, were and continue to be willful, deliberate, and fraudulent, with the result that Plaintiff is entitled to treble damages and an award of reasonable attorneys' fees against Defendants, pursuant to 15 U.S.C. § 1117.

## COUNT III - INFRINGEMENT OF FEDERALLY REGISTERED COPYRIGHTS
### (17 U.S.C. § 501)

41.    Plaintiff incorporates and realleges by reference paragraphs 1 through 40 as though set forth in full herein.

42.    EMI owns all right, title and interest in and to EMI's Copyrighted Publications.

43.    By its conduct set forth above, Defendants have infringed EMI's copyrights by unlawfully copying, publishing, displaying, reproducing and distributing to the public numerous articles and other content previously appearing in EMI's Copyrighted Publications in violation of 17 U.S.C. § 501.

IRI-25854v1

9

44.     Defendants' infringement was willful and with full knowledge of EMI's copyrights and was done in conscious disregard of EMI's exclusive rights in EMI's Copyrighted Publications and the content thereof.

45.     Plaintiff is entitled to recover from Defendants the actual damages suffered by EMI and any additional profits of Defendants, pursuant to 17 U.S.C. § 504(a)(1).

46.     Plaintiff is entitled to recover from Defendants statutory damages in the amount of $150,000.00 per each separate act of infringement, pursuant to 17 U.S.C. § 504(a)(2).

## COUNT IV – UNFAIR COMPETITION
## (Cal. Bus. & Prof. Code §§ 17200, *et seq.*)

47.     Plaintiff incorporates and realleges by reference paragraphs 1 through 46 as though set forth in full herein.

48.     Defendants' acts, as described above, constitute unlawful, unfair, and fraudulent business practices pursuant to California Business & Professions Code Sections 17200, *et seq.*

49.     Plaintiff has been damaged and will continue to be damaged by Defendants' unlawful, unfair, and fraudulent business practices, as described above. Accordingly, Plaintiff is entitled to an injunction prohibiting Defendants from continuing the practices described above, and restitution of all amounts acquired by Defendants by means of such wrongful acts.

IRI-25854v1

1    Wherefore, EMI prays for judgment as follows:

2        a.    That Defendants be ordered to transfer registration of the

3    Infringing Domain Name to Entrepreneur Media, Inc.;

4        b.    That Defendants be ordered to account to EMI for all of their

5    profits in connection with any and all commercial activity relating to or generated

6    by its use of the ENTREPRENEUR Mark in the Infringing Domain Name, the

7    ENTREPRENEUR AVENUE trade name and on the Infringing Website and in any

8    other manner;

9        c.    That EMI be awarded any and all damages it sustained as a

10   result of Defendants' wrongful and unlawful acts as described herein;

11       d.    That, pursuant to 15 U.S.C. § 1117, EMI be awarded any and all

12   profits realized by Defendants as a result of Defendants' wrongful and unlawful

13   acts as described herein;

14       e.    That EMI be awarded treble damages pursuant to 15 U.S.C. §

15   1117;

16       f.    That EMI be awarded punitive damages to the extent permitted

17   by law;

18       g.    That this Court issue an Order that restrains and preliminarily

19   enjoins, and a Final Order that permanently enjoins, Defendants, their respective

20   officers, agents, servants, employees, and attorneys, and all persons acting in active

21   concert or participation with any of them, from copying, publishing, displaying,

22   reproducing and distributing to the public EMI's Copyrighted Publications (on the

23   Internet or elsewhere), or otherwise offering for sale or distribution to the public

24   EMI's Copyrighted Publications, and from infringing EMI's trademark;

25       h.    That Defendants be ordered to account to EMI for all of their

26   profits in connection with any and all commercial activity relating to or generated

27   by its use of EMI's Copyrighted Publications;

28

IRI-25854v1

11

i.      That, pursuant to 17 U.S.C. § 504(a)(1), Defendants be ordered to pay any and all damages sustained by EMI as a result of the Defendants' wrongful and unlawful acts as described herein;

j.      That, pursuant to 17 U.S.C. § 504(a)(2), EMI be awarded statutory damages in the maximum amount permitted by law;

k.      That, pursuant to 17 U.S.C. § 504(c)(2), EMI be awarded multiple or enhanced damages;

l.      That EMI be awarded its costs and attorneys' fees pursuant to 15 U.S.C. § 1117 and 17 U.S.C. § 505; and

m.      That EMI be granted any and such further relief as the Court deems to be just and proper.

Dated: September 8, 2011

JONES DAY

By: _____
Mark A. Finkelstein

Attorney for Plaintiff
ENTREPRENEUR MEDIA, INC.

IRI-25854v1

12

1

## **JURY DEMAND**

2          Plaintiff requests a trial by jury on all claims so triable.

3     Dated:  September ___, 2011.          JONES DAY

4

5                                          By: _____

6                                             Mark A. Finkelstein

7                                          Attorney for Plaintiff
                                           ENTREPRENEUR MEDIA, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRI-25854v1

# EXHIBIT "A"

Int. Cls.: 9 and 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,453,968
Registered Aug. 25, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR, INC. (CALIFORNIA CORPO-
RATION)
2311 PONTIUS AVENUE
LOS ANGELES, CA 90064

FOR: COMPUTER PROGRAMS AND PRO-
GRAMS USER MANUALS ALL SOLD AS A
UNIT, IN CLASS 9 (U.S. CL. 38).
FIRST USE 5–19–1983; IN COMMERCE
5–19–1983.
FOR: PAPER GOODS AND PRINTED
MATTER; NAMELY MAGAZINES, BOOKS

AND PUBLISHED REPORTS PERTAINING TO
BUSINESS OPPORTUNITIES, IN CLASS 16 (U.S.
CL. 38).
FIRST USE 5–2–1978; IN COMMERCE
5–2–1978.
OWNER OF U.S. REG. NOS. 1,130,838, 1,223,364
AND OTHERS.
SEC. 2(F) ONLY AS TO CLASS 16 GOODS.

SER. NO. 537,579, FILED 5–14–1985.

G. T. GLYNN, EXAMINING ATTORNEY

**Int. Cls.: 35 and 41**

**Prior U.S. Cls.: 100, 101, 102 and 107**

## United States Patent and Trademark Office

**Reg. No. 2,502,032**
**Registered Oct. 30, 2001**

### SERVICE MARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 927146324

FOR: ARRANGING AND CONDUCTING TRADE SHOW EXHIBITIONS IN THE FIELD OF ENTRE-PRENEURIAL ACTIVITIES, NAMELY THE START-UP AND OPERATION OF SMALL BUSINESS EN-TERPRISES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-18-1991; IN COMMERCE 10-18-1991.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS ON THE DEVELOP-

MENT AND OPERATION OF BUSINESSES, AND CONDUCTING WORK SHOPS ON COMPUTER TECHNOLOGY, TELECOMMUNICATIONS, MAR-KETING, FINANCING OPTIONS, REAL ESTATE MANAGEMENT, TAX PLANNING AND INSUR-ANCE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-18-1991; IN COMMERCE 10-18-1991.

SEC. 2(F).

SER. NO. 76-159,837, FILED 11-6-2000.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

**Reg. No. 2,263,883**
Registered July 27, 1999

### SERVICE MARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2392 MORSE AVENUE
IRVINE, CA 927146234

FOR: ADVERTISING AND BUSINESS SERV-ICES, NAMELY, ARRANGING FOR THE PRO-MOTION OF THE GOODS AND SERVICES OF OTHERS BY MEANS OF A GLOBAL COMPUT-ER NETWORK AND OTHER COMPUTER ONLINE SERVICES PROVIDERS; PROVIDING BUSINESS INFORMATION FOR THE USE OF CUSTOMERS IN THE FIELD OF STARTING AND OPERATING SMALL BUSINESSES AND PERMITTING CUSTOMERS TO OBTAIN IN-FORMATION VIA A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS AND; WEB ADVERTIS-ING SERVICES, NAMELY, PROVIDING ACTIVE LINKS TO THE WEBSITES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7–0–1992; IN COMMERCE 7–0–1992.

OWNER OF U.S. REG. NOS. 1,130,838, 1,453,968 AND OTHERS.

SER. NO. 75–018,382, FILED 11–13–1995.

JAN HOLLAND-CHATMAN, EXAMINING AT-TORNEY

# EXHIBIT "B"

Int. Cls.: **16 and 35**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102**

## United States Patent and Trademark Office

Reg. No. **3,470,064**
Registered July 22, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# ENTREPRENEUR PRESS

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, BOOKS, MANUALS, PREPARED REPORTS, WORK BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS, AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

FOR: ON-LINE ORDERING SERVICES FEATURING PRINTED AND ELECTRONICALLY DOWNLOADABLE PUBLICATIONS, NAMELY, BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS, CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-679,564, FILED 7-16-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# ENTREPRENEUR ASSIST

**Reg. No. 3,924,374**

**Registered Mar. 1, 2011**

**Int. Cls.: 38 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY, SUITE 400
IRVINE, CA 926146244

FOR: PROVIDING ONLINE FACILITIES FOR REAL-TIME INTERACTION BETWEEN WEBSITE VISITORS CONCERNING TOPICS OF GENERAL INTEREST TO ENTREPREN-UERS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-15-2007; IN COMMERCE 6-15-2007.

FOR: PROVIDING WEBSITE VISITORS WITH ONLINE NON-DOWNLOADABLE SOFTWARE APPLICATIONS IN THE FIELD OF BUSINESS PLANNING AND PRODUCTIVITY FOR BOOKMARKING, FILING AND TABBING ARTICLES FOUND ON WEBSITES FOR QUICKER RETRIEVAL, FOR CREATING TEXT DOCUMENTS, SPREADSHEETS AND PRESENTATIONS, FOR CUSTOMIZING BUSINESS FORMS AND TEMPLATES, FOR SE-LECTING AND DOWNLOADING A SELECTION OF BUSINESS BOOKS, FOR SCHEDULING EVENT DEADLINES AND APPOINTMENTS WITH EMAIL REMINDERS, AND FOR ASSIST-ING IN THE CREATION OF BUSINESS PLANS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-15-2007; IN COMMERCE 6-15-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968, 2,263,883, AND 2,502,032.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-691,530, FILED 7-24-2008.

KELLY CHOE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cls.: 9, 35 and 38

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 102 and 104

## United States Patent and Trademark Office

Reg. No. 3,519,022
Registered Oct. 21, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# ENTREPRENEUR.COM

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: DOWNLOADABLE PODCASTS IN THE FIELD OF BUSINESS, CURRENT EVENTS, LIFE-STYLE ISSUES, AND DEVELOPMENTS IN SCIENCE AND TECHNOLOGY , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

FOR: PROVIDING BUSINESS INFORMATION AND ADVICE VIA A WEB SITE ON A GLOBAL COMPUTER NETWORK, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

FOR: BROADCASTING PROGRAMS VIA A GLO-BAL COMPUTER NETWORK; AND STREAMING OF AUDIO AND VIDEO MATERIAL VIA THE INTERNET; TELECOMMUNICATIONS SERVICES, NAMELY, TRANSMISSION OF PODCASTS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968, 2,263,883, AND 2,502,032.

SEC. 2(F).

SER. NO. 77-226,387, FILED 7-10-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cls.: 16 and 35

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,470,063
Registered July 22, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, BOOKS, MANUALS, PREPARED REPORTS, WORK BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS, AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2002; IN COMMERCE 1-0-2002.

FOR: ON-LINE ORDERING SERVICES FEATURING PRINTED AND ELECTRONICALLY DOWNLOADABLE PUBLICATIONS, NAMELY, BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS, CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-2002; IN COMMERCE 1-0-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-679,563, FILED 7-16-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 3,266,532
Registered July 17, 2007

## SERVICE MARK
### SUPPLEMENTAL REGISTER

# ENTREPRENEURENESPANOL.COM

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: ADVERTISING AND BUSINESS SERVICES, NAMELY, ARRANGING FOR THE PROMOTION OF GOODS AND SERVICES OF OTHERS BY MEANS OF A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS; PROVIDING BUSINESS INFORMATION FOR THE USE OF CUSTOMERS IN THE FIELD OF STARTING AND OPERATING BUSINESSES AND PERMITTING CUSTOMERS TO OBTAIN THE AFORESAID INFORMATION VIA A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS; INTERNET ADVERTISING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY PROVIDING A WEB SITE WITH ACTIVE LINKS TO THEIR WEBSITES FEATURING THEIR GOODS AND SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-13-2006; IN COMMERCE 10-13-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968 AND 2,263,883.

THE ENGLISH TRANSLATION OF THE WORDING "ENESPANOL" IS "IN SPANISH".

SER. NO. 76-670,060, FILED P.R. 12-7-2006; AM. S.R. 5-9-2007.

LINDSEY RUBIN, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,652,950

Registered July 14, 2009

### SERVICE MARK
### PRINCIPAL REGISTER

# ENTREPRENEUR CONNECT

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY, SUITE 400
IRVINE, CA 926146244

FOR: ONLINE BUSINESS NETWORKING SERVICES IN THE NATURE OF CREATING AND HOSTING A COMMUNITY FOR REGISTERED USERS TO CREATE PROFESSIONAL PROFILES, TO PARTICIPATE IN GROUP DISCUSSIONS, TO MAKE BUSINESS CONTACTS, AND TO UPLOAD ONTO THE WEBSITE MATERIALS PROMOTING THEIR BUSINESSES, PRODUCTS AND SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-16-2008; IN COMMERCE 7-16-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENTREPRENEUR", APART FROM THE MARK AS SHOWN.

SER. NO. 76-691,766, FILED 8-1-2008.

KELLY CHOE, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,204,899
Registered Feb. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# ENTREPRENEUR'S STARTUPS

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 926146234

FOR: PAPER GOODS AND PRINTED MATTER; NAMELY, MAGAZINES, BOOKS, BOOKLETS AND PUBLISHED REPORTS PERTAINING TO BUSINESS OPPORTUNITIES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-27-2006; IN COMMERCE 1-27-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968 AND 2,415,429.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STARTUPS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO ENTREPRENEUR.

SER. NO. 76-657,293, FILED 3-27-2006.

MEGAN WHITNEY, EXAMINING ATTORNEY

# EXHIBIT "C"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# TX 7-238-951

**Effective date of
registration:**

October 22, 2010

## Title

Title of Work: Entrepreneur

Volume 38          Number 11          Date on Copies November 2010

Frequency of publication          Monthly

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: October 19, 2010          Nation of 1st Publication: United States

International Standard Number: ISSN          0163-3341

## Author

- Author: Entrepreneur Media, Inc.

Author Created: collective work which may include text, editing, compilation, and contribution(s) in
which copyright has been transferred to the claimant

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

Organization Name: Entrepreneur Media, Inc.

Name: Ron Young

Email: ymadrid@entrepreneur.com          Telephone: 949-622-5244

Address: 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification

Yvette Madrid

October 20, 2010



# EXHIBIT "D"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

TX 7-327-267

**Effective date of
registration:**

March 11, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 38    **Number** 12    **Date on Copies** December 2010

**Frequency of publication** Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 23, 2010    **Nation of 1st Publication:** United States

**International Standard Number:** ISSN    0163-3341

## Author

■    **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com    **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614 United States

## Certification



Yvette Madrid

January 5, 2011

# EXHIBIT "E"



This Certi... issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

# TX 7-285-533

**Effective date of
registration:**

January 7, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39      **Number** 1      **Date on Copies** January 2011

**Frequency of publication**      Monthly

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 21, 2010      **Nation of 1st Publication:** United States

**International Standard Number:** ISSN      0163-3341

## Author

**Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in
which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com      **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614   United States

## Certification

Yvette Madrid

January 5, 2011

# EXHIBIT "F"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TX 7-350-540**

**Effective date of registration:**

April 13, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Entrepreneur |

| | | |
|---|---|---|
| **Volume** 39 | **Number** 4 | **Date on Copies** April 2011 |
| **Frequency of publication** | Monthly | |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | March 22, 2011 |
| **International Standard Number:** | ISSN |

**Nation of 1st Publication:** United States

0163-3341

## Author

| | |
|---|---|
| **Author:** | Entrepreneur Media, Inc. |
| **Author Created:** | collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

**Domiciled in:** United States

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. |
| | 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Name:** | Ron Young |
| **Email:** | ymadrid@entrepreneur.com |
| **Address:** | 2445 McCabe Way |
| | Suite 400 |
| | Irvine, CA 92614 United States |

**Telephone:** 949-622-5244

## Certification

Yvette Madrid

April 11, 2011

# EXHIBIT "G"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-372-277

**Effective date of
registration:**

June 10, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Entrepreneur |

| | | | | |
|---|---|---|---|---|
| **Volume** 39 | | **Number 6** | | **Date on Copies** June 2011 |
| **Frequency of publication** | | Monthly | | |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | May 24, 2011 |
| **International Standard Number:** | ISSN          0163-3341 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| **Author:** | Entrepreneur Media, Inc, |
| **Author Created:** | collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

**Domiciled in:**   United States

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Entrepreneur Media, Inc. |
| | 2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Entrepreneur Media, Inc. |
| **Name:** | Ron  Young |
| **Email:** | ymadrid@entrepreneur.com |
| **Address:** | 2445 McCabe Way |
| | Suite 400 |
| | Irvine, CA 92614  United States |

**Telephone:**   949-622-5244

## Certification

Page 1 of 2

Yvette Madrid

June 8, 2011



# EXHIBIT "H"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-383-678

**Effective date of registration:**

June 21, 2011

## Title

**Title of Work:** Entrepreneur Startups

| | |
|---|---|
| **Volume** 26 | **Number** 2 | **Date on Copies** Summer 2011 |
| **Frequency of publication** | 3 times per year |

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 7, 2011   **Nation of 1st Publication:** United States

**International Standard Number:** ISSN   1533-743x

## Author

■   **Author:** Entrepreneur Media, Inc,

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com   **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

Yvette Madrid

June 16, 2011

# EXHIBIT "I"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-386-095

**Effective date of registration:**

July 1, 2011

## Title

**Title of Work:** Entrepreneur

**Volume** 39          **Number** 7          **Date on Copies** July 2011

**Frequency of publication**          Monthly

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 21, 2011          **Nation of 1st Publication:** United States

**International Standard Number:** ISSN          0163-3341

## Author

■   **Author:** Entrepreneur Media, Inc.

**Author Created:** collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Entrepreneur Media, Inc.

2445 McCabe Way, Suite 400, Irvine, CA, 92614, United States

## Rights and Permissions

**Organization Name:** Entrepreneur Media, Inc.

**Name:** Ron Young

**Email:** ymadrid@entrepreneur.com          **Telephone:** 949-622-5244

**Address:** 2445 McCabe Way

Suite 400

Irvine, CA 92614  United States

## Certification

Page 1 of 2

Yvette Madrid

June 30, 2011

# EXHIBIT "J"

Entrepreneur | avenue

# Tour EA

- Tour EA. Find B2B Vendors

## Tour Entrepreneur Avenue

### Why does the world need a service like Entrepreneur Avenue?

SIMPLE ANSWER – EA provides a marketplace where consumers (in Entrepreneurs), can locate quality Vendors to assist them in the many areas of starting and growing their business without spending their own money and losing valuable time on "Trial & Error" (hiring low quality and/or dysfunctional vendors). We've been pulling together a least array of resources for entrepreneurs. Our primary service is our constantly updated directory of quality rated B2B Vendor Service providers. We are constantly expanding our list of B2B service providers to better suit all your business needs.

## Quality B2B Service Providers



Imagine... the TIME and MONEY we can save you and/or your business by pointing you in the direction of, and introducing you to, quality, excellence-driven B2B service providers to complete your most pertinent business needs. Trust Entrepreneur Avenue as your one-stop-marketplace to accomplish your business goals.

### HOW IT WORKS — We ' ve done the research for you.

Each vendor must go through an **initial quality check-up** before being listed on the "Avenue". The process is similar to EA's "Biz Check-Up!" service and is done by EA's Management Consulting and Quality Systems experts. Each vendor must adhere to our quality policies and agree to pursue excellence along-side us.

### Members rate their experiences with our Vendors — We keep our vendors accountable.

Once listed, our members can rate their experiences with each vendor and collectively, we prepare a rating and scorecard for each vendor.

### Search EA

[                    ]  Search

### Did we mention FREE!

**Act Now...** Only members can see our full directory and rate vendors.

*Become an EA Executive Club Member Today!*



Register Now!

View Top-Rated Vendors Now

## Products & Services

Entrepreneur Avenue provides powerful and practical guidance to entrepreneurs available as 1-to-1 professional services (EA has its own team of Management Consultants that can assist your business). Our consultants utilize many of the following concepts and tools centered on performance, excellence and quality. Tools and concepts like Performance Excellence, Total Quality Management, Malcolm Baldrige National Quality Program, Six Sigma, and Strategic Management (TQM).

## Contact Information

Entrepreneur Avenue, Inc.

## Support

Create a Support Ticket

Tour EA

## Keep in Touch

## Learn More About EA Services

# Entrepreneur Consulting

## entrepreneur avenue

## About

- Tour EA.  Find B2B Vendors

### Message from our President >>



*"On behalf of Entrepreneur Avenue, I would like to extend a warm welcome to you. Our team of experts is unified and constantly expanding our knowledge base to better serve you. Our deep experience in quality systems and performance excellence can add tremendous value to your business. My hope is that you will benefit from the value of a place where other 'excellence-driven' businesses come together to serve entrepreneurs and businesses like yours!"*

*—art W Wells / President of Entrepreneur Avenue Inc.*

### In the Beginning

Entrepreneur Avenue (EA) was launched by Light Point Holdings Corporation (a VC/Private Equity firm) out of necessity. LPH Corp had an overwhelming number of requests asking us how to find the best professional consulting services (such as Management Consulting and Finance/Accounting advice) and where to look for the best up-to-date products for entrepreneurs and business owners. Of course there are plenty of great content providers out there however a trustworthy directory of un-biased, consumer-rated B2B businesses could not be found.

As Entrepreneurs, we know first hand, how difficult it is to find quality, trustworthy vendors to complete the many tasks associated with owning and running a business. So, we created Entrepreneur Avenue to combine the efficacy of



## Contact Information

**Phone**
561-972-8772

**Address**
Entrepreneur Avenue, Inc.

[in] Follow us on LinkedIn

Tripadvisor with the trustworthy-ness of The Better Business Bureau whereby providing a global marketplace framed by the highest standards and levels of excellence. We launched Entrepreneur Avenue to serve the needs of ENTREPRENEURS… like you!

## Foundation of Excellence

The Entrepreneur Avenue team utilizes several concepts and tools centered on Performance Excellence, and Total Quality Management including the Malcolm Baldrige National Quality Program, and Strategic Management (TQM).

IT GETS EVEN BETTER… Entrepreneur Avenue houses expert management consultants ready to assist your business. Our team links business expertise and creative strategy assisting organizations to achieve a higher level of excellence", "sustainability" and "profitability". We can assist entrepreneurs to START a business, RUN a performance-business, TURN-AROUND a failing business, or PREPARE a business for an exit strategy. If you don't want to use our services, no hard feelings… and your in luck… Our growing and evolving B2B Vendor database with Score cards for each member vendor puts the power back into the hands of the entrepreneur.

Thanks for stopping by our site. Grab a FREE gift while you are here and don't forget to Sign Up today!

### Membership is FREE!

### Contact Information

Entrepreneur Avenue, Inc.

### Support

Create a Support Ticket

Tour EA

### Keep in Touch

# Entrepreneur entrepreneur avenue

- Tour EA. Find B2B Vendors

## Categories

Branding & Identity

Finance & Accounting

Internet Marketing

Management Consulting

Web Hosting

## Let's Get Started. Choose A Category On the Left

### Find Quality Rated B2B Service Providers



**7 Benefits of using our Vendor Directory:**

- Find Quality, Excellence-driven B2B Vendors
- Our Trusted B2B Vendor Directory is constantly expanding
- Members help each other – EA members have done the research for you!
- Save Time and Money by eliminating the guesswork from selecting the right vendor for your next project
- EA makes our Vendors Accountable (Vendors must maintain high ratings to remain on the Avenue!)
- Learn to Trust EA Scorecards (EA members rate vendors based on performance and service)
- You Deserve the Best!

<< Find top rated vendors now! Start searching for service providers and vendors by choosing a category on the left!

## Business owners providing services to other businesses (B2B)...

6 Benefits of listing your business on the Avenue: * Become a Trusted B2B Vendor in our Growing Network

## Contact Information

Entrepreneur Avenue, Inc.

## Support

Create a Support Ticket

Tour EA

## Keep in Touch



**Let's get Started!**

You need to list your business on Entrepreneur Avenue!

* Gain a Reputation of Quality & Excellence (stand out from your competition as a leader in excellence)

* Acquire Quality Traffic (potential customers looking for your services)

* Grow your Business through Exposure to New Customers and Markets

* Conversion Optimization (Trust is a powerful catalyst for growing a business - our members trust EA scorecards!)

* You Deserve the Best!

entrepreneur avenue

• Tour EA · Find B2B Vendors

# Contact Us

## Please fill out this form!

Your Name (*required)

Business Name

B2B Vendor (Name)

Your Message (*required)

Your Email (*required)

Subject of Inquiry

B2B Vendor (area of Specialty)

2 A Q 7

**Send Message**

## Contact Information

**Phone**
561-972-8772

**Address**
Entrepreneur Avenue, Inc.

in Follow us on LinkedIn

### Contact Information
neur Avenue, Inc.

### Support
Create a Support Ticket

Tour EA

### Keep in Touch

# EXHIBIT "K"

## Blog

### Archive for the 'Entrepreneur Magazine' Category

#### Richard Branson: The Importance of Not Being Earnest

Posted on October 27, 2010 in Entrepreneur Magazine · 0 Comments

Keep Reading »

#### 10 Products Changing the Business World

Posted on October 27, 2010 in Entrepreneur Magazine · 0 Comments

Keep Reading »

#### How to Position Yourself as an Industry Expert

Posted on October 27, 2010 in Entrepreneur Magazine · 0 Comments

Keep Reading »

#### The Game Changer: Digital Chocolate's Trip Hawkins

Posted on October 27, 2010 in Entrepreneur Magazine · 0 Comments

Keep Reading »

#### The Smartphone Gets Smarter: Mobile Apps for Entrepreneurs

Posted on October 27, 2010 in Entrepreneur Magazine · 0 Comments

Keep Reading »

#### Three Tools for Hyper-local Social Media Marketing

Posted on October 26, 2010 in Entrepreneur Magazine · 0 Comments

Keep Reading »

#### How to Choose the Right Tech Support for Your Business

Posted on October 26, 2010 in Entrepreneur Magazine · 0 Comments

Keep Reading »

#### Hiring Your First Salesperson: How to Pass the Torch

Posted on October 26, 2010 in Entrepreneur Magazine · 0 Comments

Keep Reading »

#### The Small-Business Owner's Guide to Secure E-Mail

Posted on October 26, 2010 in Entrepreneur Magazine · 0 Comments

Keep Reading »

#### All the Consulting, (Almost) None of the Cost

Posted on October 26, 2010 in Entrepreneur Magazine · 0 Comments

Keep Reading »



## The Blog

### Posts from the 'Entrepreneur Magazine' Category

#### Three Tips for Saving Money on Mobile Plans

Posted on July 13, 2011 in Entrepreneur Magazine

All you can eat never tasted forever. That's the story on mobile phone apps, on mobile data plans after trials that let you surf the web and download apps on your smartphones and tablets seems to a plan you use most. Businesses, consider consumers warned: Going over the limit can result in hundreds of dollars in overage fees. When the mobile internet [ . . ]

**Keep Reading »**

#### Q&A: New Fraud and Identity Theft Rules

Posted on July 13, 2011 in Entrepreneur Magazine

Q: I recently learned about the Federal Trade Commission's Red Flags Rule requiring businesses to plan a response to identity theft and fraud. My business has an online store, so does this apply to me? What steps do I need to take to become compliant? A: Whether you're subject to the Red Flags Rule depends largely on [ . . ]

**Keep Reading »**

#### DailyCandy's Dany Levy on Taking Initiative

Posted on July 13, 2011 in Entrepreneur Magazine

Focusing up in Manhattan's hustle and bustle, Dany Levy delighted in discovering new things. Armed with urban curiosity and an inquisitive love of shoes and toil, she became mad girl you turned to for advice on everything from birthday gifts to restaurants. It's a talent Levy would ultimately bank on when founding DailyCandy in 2000 [ . . ]

**Keep Reading »**

#### Five Critical Questions Your Business Plan Should Answer

Posted on July 12, 2011 in Entrepreneur Magazine

If I may adapt a line from John F. Kennedy's famous 1961 presidential inauguration speech to make a point about business plans: Ask not what you can do for your business plan. Ask instead what your business plan can do for you. Questions about pricing, timing and other factors can crop up as a business [ . . ]

**Keep Reading »**

#### Five Things You Should Know About Web Analytics

Posted on July 11, 2011 in Entrepreneur Magazine

As an online marketing strategist, I continually come across numerous owners who rave about the number of visitors coming to their website. For many a Web website traffic alone doesn't generate money. I ask these business owners questions: Where is the website traffic coming from? What Web pages are visitors landing on the most? What [ . . ]

**Keep Reading »**

#### How Gamesalad Can Help You Create Your Own Video Game

Posted on July 11, 2011 in Entrepreneur Magazine

It is one thing to post a few cute animal videos on YouTube or populate a Facebook page with photos and status updates. But it's something else to throw that anyone can create video games. One of that's a new GameSalad, an Austin, Texas-based video game development company, is trying to turn on its head [ . . ]

**Keep Reading »**

#### Enchant and Engage More Customers With Social Media

Posted on July 10, 2011 in Entrepreneur Magazine

As running a business becomes more like a roller coaster ride, young beyond simply selling products and services has become more important than ever. Gaining new customers, overseas money out leaps are having customers, turning customers into fiercely loyal fans and advocates of your brand, says business strategist Guy Kawasaki. But how do you go about it? Is it [ . . ]

**Keep Reading »**

#### A Closer Look at Browser-Based Microsoft 365

Posted on July 9, 2011 in Entrepreneur Magazine

For all their potential, cloud-based application services such as Google Docs can still be downright complex when it comes to software features. Yet, their cost is less or free or most cases, and their easy-to-use collaboration tools provide small businesses with a great first step toward building a mobile or remote workforce. But the feature [ . . ]

**Keep Reading »**

#### A Closer Look Browser-Based Microsoft 365

Posted on July 9, 2011 in Entrepreneur Magazine

For all their potential, cloud-based application services such as Google Docs can still be downright complex when it comes to software features. Yet, their cost is less or free or most cases, and their easy-to-use collaboration tools provide small businesses with a great first step toward building a mobile or remote workforce. But the feature [ . . ]

**Keep Reading »**

#### Stumptown's Duane Sorenson, the Coffee Connoisseur

Posted on July 8, 2011 in Entrepreneur Magazine

Duane Sorenson's first customer gave it to him straight: They loved what he was doing with coffee, but they gave his business a year. That was November 1999, and Sorenson had just got his head roasting gig at Lighthouse Roasters Fine Coffees, bought a 5-kilo coffee roaster for $8,700 perplexing out his savings account and set [ . . ]

**Keep Reading »**

« Older Entries



The Blog

## How to Promote Your Business Blog with Social Media

Posted on June 7, 2011 in Entrepreneur Magazine · 0 Comments

*The following is an edited excerpt from The Complete Idiot's Guide to WordPress (Alpha/Pearson, 2011).*

You may be writing a blog to boost your business's brand, but what if no one reads it?

Building an audience from scratch for your blog doesn't always happen overnight. Fortunately, several opportunities are available through social media to help spread the word.

Doing so will require you more than creating a profile on popular sites such as Facebook and LinkedIn, especially if you want to use social networking to increase awareness of your business and traffic to your business blog.

Here are tips for how to harness the full promotional power of social networking to increase your blog's profile:



**Create a relevant profile.**
If your primary purpose in joining Facebook or another social network is to promote your business and blog, be sure the profile you create on that site is relevant to your blog's topic. Lead with your strengths and demonstrate through your profile why you're qualified to write about and discuss your blog's topic.

**Find people with whom to connect.**
Once you join a social networking site, search its users. Some social networks allow you to search using keywords to find people who are discussing topics related to your blog or area of expertise. As you find people who are likely to be interested in your blog and your content, send them connection requests so you can begin conversing over email, direct messaging and more.

**Related: Build Buzz With a Business Blog**

You can also search for existing groups that are related to your blog's topic. Join the most relevant and active groups, and participate in the conversations. If you can't find an existing group related to your business blog's niche than create your own.

**Be active and publish useful content.**
One of the most important aspects of social networking success is being an active participant. Simply creating a profile and never updating it won't help you build awareness of your business or drive traffic to your blog. Start and join conversations by providing content that adds value to the online discussion.

**Related: Five Reasons Why You Shouldn't Abandon Your Blog for Facebook**

Be sure to follow the classic 80-20 rule of marketing: No more than 20 percent of your overall activities and content should be self-promotional. Feel free to publish links to your blog content, but don't forget the 80-20 rule. The primary goal is to provide value for your audience.

**Leverage site specific features.**
Each social networking site offers the ability to create a profile and make connections. Some offer extra features that can be helpful in building an audience for your blog.

For example, you can create a Facebook page for your blog. This allows Facebook users to find your blog and provides you with another outlet for interaction.

**Related: Your Corporate Blog Could Be Sabotaging Your Business**

You can also answer questions on LinkedIn or give and request recommendations. Some sites even allow you to link your other social media profiles to your social networking profile so people can connect with you across the social web.

**Take advantage of automated processes.**
A number of social networking sites allow you to automatically feed content from your blog or other social media accounts into your social networking updates. Some also allow you to feed the updates you publish on your social networking profiles to your blog or other social media profiles.

Feeding content from one site to another can be a useful way to appear more active and create new opportunities for people to interact with you or share your valuable content with their own audiences.

Article source: http://feedproxy.google.com/~r/entrepreneur/latest/~3/UfVtsFBX4jk/219758

**Leave a Reply:**

You must be logged in to post a comment.

**Contact Information**
Entrepreneur Avenue, Inc.
PO Box 952883
Lake Mary FL 32795
Call: (651) 972-0772

A subsidiary of LightPoint Holdings
www.lightpointholdings.com

**Support**
Create a Support Ticket
Your EA

**Keep in Touch**




The Blog

Candy's Dany Levy on Taking Initiative



# 'TREP TALK









## Leave a Reply

You must be logged in to post a comment.

Contact Information    Support    Keep in Touch

## The Blog

# Enchant and Engage More Customers With Social Media

Posted on July 18, 2011 in Entrepreneur Magazine · 0 Comments



PRESENTED BY **HISCOX**

Search EA

Did we mention FREE!

Act Now... Only members can see our full directory and rate vendors

Become an EA Executive Club Member Today!

**Register Now!**

As running a business becomes more like a roller coaster ride, going beyond simply selling products and services has become more important than ever. Business owners must begin enchanting customers, turning customers into fiercely loyal fans and advocates of your brand, says business strategist Guy Kawasaki. But how do you go about it? Is it harder than it sounds?

Kawasaki, a co-founder of Alltop, a managing director at VC firm Garage Technology Ventures and author of Enchantment: The Art of Changing Hearts, Minds and Actions, spoke on the topic at a recent workshop for small-business owners.



OCT 17-18, 2011 · NY

# pivot
conference

THE RISE OF THE SOCIAL CONSUMER

Join us and receive
20% off registration.
Use code Entrep20.

⊙ Register Today

Kawasaki shared his views on how social media is transforming the marketplace, and outlined strategies for driving customer experiences and multiplying sales. Topics spanned from how to engage customers online to writing mission statements to planting many "seeds" over social media. He also talked about loving Ford Mustangs and admitted to being a big fan of Justin Bieber's business practices.

To be enchanting, Kawasaki says, you need to be trustworthy, have a great product and be likable. "People are not enchanted by people they don't like."

Here are some key takeaways from Kawasaki's talk:

**Answer your email.** Business owners should engage as many people as fast as they can. Respond to every email you get within 48 hours, Kawasaki says.

**Empower employees.** "You say to people, 'I think you are smart, I think you have good judgment and I empower you to do what's right for the customer,'" he says. This can lead employees to master new skills, work independently and toward a larger purpose.

**Trust people.** What's more, it's often a good idea to "default to yes" when people come to you with a problem. "Have it in your mind that no matter what people ask you, you're going to try to help them and do what they ask," he says.

**Engage your audience on social media.** Focus on wowing "LonelyBoy15." Don't waste your time seeking the attention of the media elite and other influencers. "Nobodies are the new somebodies," he says.

**Put in the effort.** Kawasaki recommends Justin Bieber's move, Never Say Never, as one of the "best marketing movies ever," with lessons for business owners on viral marketing, mentoring and plain old hard work. "If you want to [learn] about word-of-mouth marketing, there's a scene where Justin Bieber's people go into the parking lots at concerts, looks for girls who don't have tickets and hand them tickets," he said. "It will bring tears to your eyes what joy those tickets bring those girls."

**Keep your mission statement short and sweet.** The longer the mission statement, the less effective it may be, according to Kawasaki. "Think mantra, not mission statement," he says.

**Make a high-quality product.** To Kawasaki, Ford's Shelby Mustang GT500 is the perfect example of a high-quality product. How can business owners create great products of their own? "Do something, DICEE," Kawasaki says. DICEE is an acronym for: Deep, Intelligent, Complete, Empowering and Elegant.

Article source: http://feedproxy.google.com/~r/entrepreneur/latest/~3/6Y_2NWSnPdg/tips

---

### Leave a Reply

You must be logged in to post a comment.

---

**Contact Information**

**Entrepreneur Avenue, Inc.**
P.O. Box 95393
Lake Mary, FL 32795
Call: (561) 372-5772

a subsidiary of *Light Point Holdings*
www.lightpointholdings.com

**Support**

Create a Support Ticket
Tour EA

**Keep in Touch**

## The Blog

### Richard Branson: When All News is Good News

Posted on June 8, 2011 in Entrepreneur Magazine                    0 Comments

Search EA

Did we mention FREE!

Act Now... Only members can
see our full directory and rate
vendors.

Become an EA Executive
Club Member Today!

Register Now!

After an entrepreneur has expanded his successful new company or a chief executive has been promoted to the corner office, he may find himself starting to lose touch with employees and customers.

This happens for a variety of reasons. Most executives, for example, will tend to minimize bad news in front of the CEO and emphasize only positive developments in the company. But this forces the CEO to read between the lines, and may leave employees unable to get action on an issue — all because of the fear that admitting a problem might embarrass a manager or supervisor. Instead, they learn not to ask, but work around the problem while, understandably, griping about management.

So if you find yourself losing touch, take time to find out what the staff is actually doing on a day-to-day basis. Spend at least a few hours observing operations, and if you are qualified, borrow a desk, grab a phone and lend a hand.



As you observe and work, ask yourself: What are the employees' working conditions? Do people seem energetic and creative? And ask employees: Do you have the resources you need to do your job well? If you could, what problems would you fix? What ideas of yours has your manager followed up on?

Throughout most organizations, all supervisors need to periodically dig in and get their hands dirty. At the executive level, accessibility is key. You must ensure your staff is consistently encouraged to contact you with ideas and problems. The larger the business, the more important this is.

If you are losing touch with employees, it's also likely that you need to work on maintaining your connection to customers. Most executives and managers tackle this second challenge partly through surveys and other tools that evaluate the customer experience, while some — myself included! — have embraced social media, keeping clients updated through Facebook, Twitter, YouTube and other channels.

This column, which I have been writing for just over a year, is a new channel for me. To my surprise, I have found that not only has my advice and experience been reaching aspiring entrepreneurs, but also that I, in turn, have been getting a different perspective on our operations around the world. The hundreds of e-mails I receive every week bring up a lot of questions, some new ideas and a few telling customer comments — some good, some bad.

One example, sent to me over the recent holidays, highlighted how valuable it is to get direct feedback from customers. On Dec. 18, a Virgin Atlantic flight from Kenya to London was diverted because of the heavy snow at Heathrow. The flight was forced to land in France where, thanks to strict European immigration laws, many of our Kenyan passengers were barred from leaving the airport and had to sleep on camp beds.

The uncomfortable conditions and the unfriendly welcome distressed many of our passengers. I received a number of angry e-mails from readers of this column in Kenya who were either passengers on that flight or who had heard about the ordeal. I wrote an apology that was published in The Nation in Kenya, promising we would take up the matter with the French authorities and ensure it did not happen again. The positive e-mails that followed let me know that what had threatened to become an ugly incident had been addressed by my direct intervention.

The incident underlined for me the idea that however and wherever you can, find ways to keep in touch with your employees and customers. Embrace every opportunity — you never know what you will learn!

Just remember you are not always going to hear pleasant news. But as I have mentioned before, the best managers try to catch people doing something right. Re-energize employees by showing them that change is possible and action is valued. At Virgin Active in South Africa, our health-club company, we've seen the value of quick follow-up via our WOW awards, which publish employees' new ideas on the company intranet and in staff newsletters. The best ideas are celebrated at our awards ceremonies. When Virgin Active employees expressed a desire to gain experience at other branches, we set up a staff exchange program. Seven employees are now working in our European operations, and a related project has resulted in our developing an enhanced pack of information for new employees that has helped to engender greater loyalty right from the start.

If inertia has set in at your company, it's time to show people that their contributions are appreciated. A simple idea can go a long way.

Article source: http://feedproxy.google.com/~r/entrepreneur/latest/~3/OypAHqp7NY/219760

---

### Leave a Reply

You must be logged in to post a comment.

**Contact Information**

Entrepreneur Avenue, Inc.
P.O. Box 952803
Lake Mary FL 32795
Cell: (561) 672-2032

A division of Light Point
Holdings
www.lightpointholdings.com

**Support**

Create a Support Ticket
Tour EA

**Keep in Touch**













# EXHIBIT "L"

# The last time

Trip Hawkins matched up against an industry giant, things didn't end so well. But it wasn't game over. Now the wild popularity of social and mobile gaming has changed all the rules, and with Digital Chocolate, Hawkins has a good shot at coming out on top.



The GAME CHANGER

# Innovator

**T**rip Hawkins is running late for his interview at the headquarters of Digital Chocolate, the social and mobile game company he founded in San Mateo, Calif., but that's OK, because the delay gives me time to try and beat Hawkins at one of his own games: Tower Bloxx.

The goal in Tower Bloxx, one of DC's most popular downloads for the iPhone and Facebook, is simple but addicting: Stack as many building blocks as high as you can without toppling them (and see how you score against your friends). The catch is that both the blocks and the tower are swaying randomly across the screen. With persistence and some finger-to-eye coordination, I finally, successfully drop the 68th block. A cheesy photo of Hawkins boots up on the screen and a congratulatory message proclaims, "This guy might be in the Video Game Hall of Fame, but he's no match for you."

The Hall of Fame is just one milestone of Trip Hawkins' gaming legacy. Three years before Apple introduced the iPhone, he was pimping something he called "social apps." In a speech at a 2005 wireless industry event in San Francisco, he predicted that these apps would become a multibillion-dollar opportunity that would bring sweeping changes to the entire industry. But back then, with Facebook strictly a college phenomenon and Twitter still a year from inception, no one paid much attention.

Obviously, times have changed. A recent report by market research firm NPD Group found that nearly 57 million Americans (approximately 20 percent of the country) over the age of 6 have played a game on a social network, but the real kicker is that more than a third of those were new to gaming.

All of that action is keeping Hawkins, Digital Chocolate's CEO, busy these days. When he arrives for the interview—lanky, tan and dressed casually in a loose-fitting button-down and a pair of jeans—he quickly settles into a chair across the conference room table and gives an easy smile, ready to get on with it. It's early afternoon, and he's already attended to a couple of visitors, run several errands, jumped on three conference calls and processed about 100 e-mails. "I've outgrown the need for assistants," he quips.

## AN EXPERIENCED UNDERDOG

To fully appreciate the irony in that statement, one would need to be familiar with Hawkins' résumé. In the early '80s, he left his post as director of product marketing at Apple Computers to start Electronic Arts, the video game giant known for mega-hits like *Madden NFL*, *The Sims* and *Rock Band*. Under his direction, the company transformed games (at the time, often cartridges sold in plastic bags) into the high-budget products that grace retail shelves today. The "E for Everyone" rating? Cover art and liner notes? Putting games on CDs? That was all him.

Hawkins left EA in 1994 to create a new video game console called 3DO. Later told by EA's board that he couldn't be chairman of both companies, he stuck with The 3DO Co., "the child in intensive care having open-heart surgery." Ultimately, that venture couldn't compete with the PlayStation and Sony's superior budget and, after a few lackluster business moves that only prolonged the



# A BRIEF HISTORY OF

## 19__
A group of MIT students (who also coined the term "hack" for a project without a constructive end) creates SpaceWar!, the first digital computer game.

## 19__
Computer Space debuts as the first video arcade game, featuring a black-and-white monitor where players control a rocket ship and do battle with two flying saucers.

## 19__
The first home video game console, the Magnavox Odyssey, hits home with black-and-white graphics, no sound and no ability to keep score. In a precursor to video game violence, it features an add-on electric rifle.

## 19__
Atari engineers scale down its table tennis arcade game Pong into a home version. (Beer pong champs take note: The original Pong was developed by Computer Space creator Nolan Bushnell as a game "so simple any drunk in a bar could play.")

## 19__
Russian scientist Alexey Pajitnov develops the first version of Tetris. Electronic Arts holds the exclusive license on mobile devices for Tetris and has sold more than 100 million copies for cell phones alone since 2005.

OPEN Gold Card for all your business supplies and expenses. Membership Rewards points on just about every dollar you spend. Then you can turn those points into more of the same supplies for your business. Or use them to give back.

inevitable, 3DO went bankrupt in 2003.

Still, Hawkins wasn't done. "I had an appetite for entrepreneurship," he says, and so that same year, he rounded up some venture capital ($44 million to date) and founded Digital Chocolate. The private company now employs more than 300 workers around the globe, but compared with EA's thousands, it means Hawkins is back to being one of the little guys. And that seems to suit him just fine.

"I've never been content with a straight-forward job," he says, "and I think you've got to keep that sense of urgency, even after you've experienced some success."

"It's an incredible thing," says Scott Steinberg, founder of tech and video game consulting firm TechSavvy Global in Seattle. "After sitting on top of the world, [Hawkins] is paving his path to success all over again, learning as he goes and trying to figure it out like everybody else."

## UPPING THE SCORE

If Digital Chocolate's 2010 progress is any indication, Hawkins is well on his way to figuring it out. He reels off some impressive stats: 50 million-plus iPhone downloads last year, almost 10 million users on Facebook and cracking the top five list of game developers in number of users (alongside Zynga, Playdom, Crowdstar and EA). In fact, since DC started a push on Facebook in February, its revenue run rate (daily revenue) is better than it has ever been in the past six years, he says.

A reason DC is succeeding in a chaotic market, Steinberg says, is Hawkins' ability to constantly reinvent himself—an important trait for a guy who has a tendency to arrive at markets years before everyone else.

"He doesn't stay fixed on a single business model," Steinberg says. "Facebook is completely different from mobile phones, but he pursued the opportunity aggressively, essentially creating a new line of business."

In fact, Steinberg adds, probably the only reason DC hasn't gotten the accolades it deserves is because it hasn't had a hit like Restaurant City or FarmVille. Ironically, that's only because Hawkins was ahead of the game on that, too.

"The same year I talked about social apps," Hawkins says, "I pitched this multiplayer game idea about farming, where you had plots of land to plant crops on and you could go to your neighbors' plots to water theirs. The investors laughed so hard they convinced us we were crazy."



[A GREAT SOCIAL GAME], **he says, will be original, multiplayer and browser-based.**

## PAY TO PLAY

Decades in the gaming industry has led Hawkins to this theory on why people play: Everyone has an inner gamer, and people play because it's healthy and socially rewarding. "You can elevate your status for much less money and far less effort than in real life," Hawkins says. "The only difference now is that there are so many more outlets than online poker and fantasy baseball."

Nowhere is that difference more obvious than in the incredible growth of virtual economies, which some experts predict will be worth $6 billion by 2013. Already, NPD reports, 10 percent of social gamers have spent money on games, and 11 percent say they plan to do so in the future.

"Monetizing virtual goods is the way forward," agrees Mihir Shah, chief revenue officer of Offerpal Media, a company based in Fremont, Calif., that helps developers like Zynga and DC monetize virtual curren-

**19**）5
"It's-a-me, Mario!" The Nintendo Entertainment System introduces the world to Super Mario Bros., still one of the best-selling games of all time.

**19**）7
The Nintendo Game Boy, a video game you can put in your pocket, leaves gamers drooling over the battery-powered possibilities. People have a reason to ignore others in public long before mobile texting.

**19**）5
After Nintendo and Sony can't agree on terms for Sony to make a CD-ROM add-on for Nintendo, Sony develops PlayStation on its own. The CD-ROM-based console makes it cheaper and easier for developers to create games. Sony scores.

**19**）
The Nintendo 64 introduces the world to GoldenEye 007, the first-person shooter game that's based on the 1995 James Bond film and is considered one of the best shooting games of all time.

**19**）9
The Sega Dreamcast debuts as the first console with a built-in modem and Internet support for online gaming. Sega sells 225,000 units within the first 24 hours of release, a record broken a year later by the PlayStation 2.

**20**）1
The Xbox is Microsoft's first venture into video game consoles. It spawns Xbox Live, which lets online gamers play with or against each other, and the first Halo game. Young men everywhere ignore their girlfriends.

cies and special items. The freemium model allows more people to play and get hooked, he says, and since it's now so easy to make micro-transactions of just a buck or two, gamers will pay for a deeper experience.

Shah says DC is fortunate with Hawkins at the helm. "He really understands social gaming mechanics and how to get new users, and there's secret sauce there," he says.

But if you ask Hawkins about that secret sauce, it doesn't seem like much of a secret. He'll come right out and explain it to you.

"A really good game is one that makes you sincerely want to play with your friends, and not because one of you is spamming the other," he says, pointing out examples of addicting games across various mediums, like Texas Hold 'Em, Trivial Pursuit and *Guitar Hero*.

A great social game will be original, multiplayer and browser-based, running on a quality platform like Facebook, he adds. And, it should provide players with some kind of emotional connection. He cites Nintendo's Pokémon card game as an example. "When you go adventuring with a Pokémon that keeps bailing you out, you can get attached," he says, "and that's why people willingly spend thousands of dollars on a single card."

**NEW WAYS TO PLAY**
Hawkins is acting on that by developing NanoVerse, a virtual goods platform that currently supports two strategy card games, NanoStar Castles and NanoStar Siege. The idea is for players to buy NanoStar packs, or groups of different characters that can be played across a range of games, so that players develop connections with the characters as though they're companions or teammates.

Hawkins is also positioning DC toward platform independence. He's often stated that the most successful games will be cloud-based, because "omni-gamers" will want access to the games they paid for on any platform, console and mobile device. And with companies like Google, Disney and Yahoo! entering the field, interoperability is the logical conclusion.

"Sure, there's a lot of blah blah blah about ownership now," Hawkins says, "but if you look at the past, how silly was it that at one point you couldn't send SMS texts to people on other wireless carriers?"

Some skeptics have referred to Nano-Stars as "Trip's Folly: The Sequel," but he shrugs it off. "Entrepreneurs will always be surrounded by people who think they're nuts," he says. "In high school, even my mom said to me, 'I'd always hoped you'd do something more socially redeeming than games.' I wasn't bothered because I had faith in my ideas and confidence in my creative capacity."

He says he felt the same way while making countless sales calls to retailers during the first years of EA. "The number of obstacles is infinite," says Hawkins, "and if you don't have that degree of faith, you should just not bother."

He's always done better with the long term in mind, he says, and it's no different with DC. "I'm committed to making this a bulletproof company that doesn't need to raise any money," he says. "But I also look forward to the day I can have a diverse personal life, where I don't have to carry a company on my back."

As for when that might be, Hawkins pauses for a beat and recalls the moment he realized EA had made it. "I was driving my car, and I said out loud, 'You know, I don't think they can screw it up, even if I'm not there.' I have a great management team at DC, so we could be in the same place in a few years." **E**

**20**

Pasty teenagers everywhere unite over the Internet to play World of Warcraft, the massively multiplayer online role-playing game developed by Blizzard Entertainment. With 11.5 million players, WOW is said to be the leading cause of lack of friends IRL (in real life).

**20**

The Nintendo Wii lets gamers interact with their consoles and control the game using physical gestures. By the end of 2009, the Wii leads the video game industry with sales of 71 million total units.

**20**

The debut of the Apple App Store gives smartphone users even more ways to procrastinate. Among the most popular paid apps for 2008: Koi Pond, Pocket Guitar and iBeer. Yeah, there really is an app for everything.

**20**

U.S. retail sales of video games reach $19.7 billion in revenue, with $10.5 billion from software and $9.2 billion from hardware. The Nintendo Wii sells 3.8 million units in December and sets a record for monthly game system sales in the U.S. Seriously, does anyone even go to work anymore?

**20**

Mobile ushers in a new way of gaming life, with the debut of a FarmVille iPhone app, an extension of the wildly popular Facebook game. Gartner predicts worldwide mobile gaming end-user revenue will surpass $5.6 billion this year and reach nearly $11.4 billion by 2014.

# THE GAMING RACE

Trip Hawkins' Digital Chocolate is rapidly catching up with the top developers in terms of users—its growth rate pOwns.

| | March 2010 users (millions) | August 2010 users (millions) | Growth rate |
|---|---|---|---|
| Zynga | 238 | 233 | -2.1% |
| EA | 51 | 55 | 7.8% |
| Playdom | 39 | 44 | 12.8% |
| Crowdstar | 34 | 43 | 26.5% |
| Digital Chocolate | 1.8 | 10 | 455% |

**TOP TECH**

# THE SMARTPHONE GETS SMARTER

**The deluge of mobile applications—some genius, some garbage and some just plain dumb—continues. But the best of the bunch can redefine how you do business. Here's a shopping list for your next app store visit.**

BY JASON ANKENY

# Smartphones are redefining

the concept of business intelligence. Tech-savvy entrepreneurs are tricking out their mobile handsets with applications designed to ease and improve every conceivable facet of their professional lives. Market research firm Compass Intelligence forecasts that American SMBs will spend close to $350 million on mobile software this year alone, downloading everything from basic office utilities to customer management solutions.

The sheer quantity of mobile applications optimized for entrepreneurs is impressive, but the quality not so much. You could say there's an app for everything *except* for identifying the small-business apps worth downloading. As of mid-2010, Apple's pace-setting App Store had more than 225,000 iPhone applications, but the number of innovative and useful apps is far smaller. Add in the overwhelming volume of consumer-centric offerings like games, e-books and novelty apps, and it becomes even tougher to identify and evaluate which applications best meet your startup's demands.

That's why *Entrepreneur* turns the spotlight on 25 of the most revolutionary and viral applications on the market. Given developers' focus on the iPhone, it's no surprise that many of the apps are synonymous with Apple's iOS platform, but our list also makes room for applications created for Research In Motion's BlackBerry, Google's Android, Microsoft's Windows Mobile and other rival operating systems.

All of them promise to make your life easier, but each one is unique. Just like your business.

# PRODUCTIVITY

Don't sweat the small stuff. Let your smartphone take care of it. Productivity apps simplify the myriad tasks that once soaked up your time and energy, allowing you instead to focus on the bigger picture.

### BENTO

Why you need it: Bento organizes the details of your life, no matter how large or how small. Its 25 ready-to-use, customizable database templates manage contacts, schedules, inventory and other professional and personal information.
Features: iTunes-style searching and sorting, integration with other apps
Price: $4.99
Available for: iPhone

### EVERNOTE

Why you need it: Evernote captures your brilliant ideas and entrepreneurial insights the moment they strike, documenting them as text, photos or audio recordings and auto-synchronizing all content to the desktop.
Features: Geo-location information for mapping and search, multiple language support
Price: Free
Available for: iPhone, Android, BlackBerry, Windows Mobile, Palm webOS

### GWABBIT

Why you need it: Gwabbit's patent-pending semantic technology simplifies contact capture and management, automatically scanning incoming e-mails and transforming sender information into contact records in your address book.
Features: Address book management prompts, alert services for contacts who've been "gwabbed"
Price: Free
Available for: BlackBerry

### QUICKOFFICE CONNECT MOBILE SUITE

Why you need it: A full-featured Microsoft Office productivity suite complete with access to multiple cloud services, Quickoffice Connect Mobile Suite enables users to create, open, edit and share documents and spreadsheets on the go.
Features: Two-finger zoom, fast scrolling, Wi-Fi-enabled file transfer
Price: Varies according to device platform, around $10
Available for: iPhone, Android

### VLINGO

Why you need it: Got your hands full? Vlingo's voice interface technology lets users dictate texts and e-mail, look up contacts and search the web by speaking directly into their devices.
Features: Twitter integration, Google Maps
Price: Free
Available for: iPhone, Android, BlackBerry, select Windows Mobile phones, Symbian

Logistics saves time and – cha-ching! – money.

WE♥LOGISTICS



We help companies of all sizes run more efficiently, saving time and money. It's the heart of business people everywhere. thenewlogistics.com



TOP TECH



# SALES

From client management to inventory control to transaction processing, mobile apps can streamline your company's sales initiatives.

### INTUIT GOPAYMENT

**Why you need it:** This app allows GoPayment account users to accept and process transactions for all major credit cards via a smartphone. Payments are authorized in seconds, and funds are deposited directly into a designated bank account.
**Features:** Payment information encryption, data sync with QuickBooks, no daily or weekly transaction limits
**Price:** Free (Monthly service charge: $12.95, and 30 cents per-authorization fee)
**Available for:** iPhone, Android, BlackBerry, Symbian, Palm webOS

### INVENTORY TRACKER

**Why you need it:** Forget spreadsheets. With Inventory Tracker, stay on top of what products you have for sale, what's already sold and what needs to ship. And if you don't want to forget spreadsheets, the app exports your inventory data to Excel, too.
**Features:** Real-time updates, cost calculator
**Price:** $4.99
**Available for:** iPhone

### OMNI INVOICE

**Why you need it:** Omni Invoice creates quotes and invoices anytime and anywhere. It spans multiple product and service categories, factors in discounts and tax exemptions and codes and helps you keep tabs on delinquent payments.
**Features:** Contacts integration, HTML-based templates, Exchange compatibility
**Price:** $4.99
**Available for:** iPhone

### SALES & COMMISSIONS

**Why you need it:** The name says it all: Sales & Commissions records how your business fares each day, with an emphasis on simple, timesaving data input. Enter information about items sold and the app does the rest, calculating commissions for different staffers and product/service categories.
**Features:** Recurring list screen for repeating items, pass-code protection
**Price:** $1.99
**Available for:** iPhone

### SALES CRM EZi

**Why you need it:** You can manage and track sales opportunities and generate revenue forecasts with Sales CRM EZi. View promising prospects and set communication or action plans for each lead. Overdue actions are highlighted in red.
**Features:** User-defined sales status updates, commission calculation tools
**Price:** $9.99
**Available for:** iPhone

# FINANCE

First the desktop revolutionized how businesses handle their finances. Now smartphones are changing the game, offering companies a wealth of mobile tools to tackle their accounting demands.

### BA II PLUS FINANCIAL CALCULATOR

**Why you need it:** Mirroring the functionality of Texas Instruments' bestselling BAII Plus calculator unit, this app computes cash-flow analysis, amortization schedules, depreciation and other financial metrics.
**Features:** Trigonometric and logarithmic functions, NPV/IRR calculations
**Price:** $14.99
**Available for:** iPhone

### MARGIN

imargin-app-ok-the.com

**Why you need it:** Calculate margin percentages on the fly with iMargin. Optimized for snap business decisions, the app determines sell prices and gross margins sans complicated formulas.
**Features:** Tax calculations, customizable precision and shake sensitivity options
**Price:** 99 cents
**Available for:** iPhone

### INERTRAK

anthonyware.com

**Why you need it:** InerTrak is a task-management tool designed for entrepreneurs juggling projects and assignments. The app documents how each workday is spent, calculating hourly billing according to different clients and rates.
**Features:** Detailed project views, desktop integration (purchased separately), notes and comments
**Price:** $4.99
**Available for:** iPhone

### XPENSEIT

mobileware.com

**Why you need it:** iXpenseIt helps you stay on top of your daily spending. Its elegant, user-friendly interface simplifies expense tracking on the go, offers customizable tools for monthly budgeting and related record-keeping demands.
**Features:** Number pad with calculation, digital photo receipts, graphical reports, password protection
**Price:** $4.99
**Available for:** iPhone

### MY EYES ONLY

softwaredistributionsuite-my-eyes-only.html

**Why you need it:** My Eyes Only secures the critical business data on your device—financial information, credit cards, computer and website passwords, the whole ball of wax. App Store tagline: "Encryption so strong, it needed U.S. government approval for export."
**Features:** "Aerohive" data backup, predefined information entry screens
**Price:** $8.99
**Available for:** iPhone



NAVIGATION AND TRAVEL

An ever-expanding wave of applications leverage the smartphone's internal GPS unit as well as location data from content providers like Google to help entrepreneurs get around.

### BABELINGO

babelingo.com

**Why you need it:** Foreign languages leaving you tongue-tied? Babelingo translates words and phrases into easy-to-read texts in 11 international languages. Show the locals what you want to say instead of telling them.
**Features:** More than 300 common phrases, 25 subject categories, 110 language combinations
**Price:** $1.99
**Available for:** iPhone

### BEAT THE TRAFFIC

beatthetraffic.com

**Why you need it:** With location-specific live traffic maps monitoring average driver speeds and gridlock-inducing snafus spanning more than 100 U.S. and Canadian cities, Beat the Traffic means the traffic doesn't beat you instead.
**Features:** Weather information, crowdsourced traffic updates, live cameras in 40 metro areas
**Price:** Free
**Available for:** iPhone, BlackBerry

### POYNT

poynt.com

**Why you need it:** A kind of next-gen, location-aware Yellow Pages, Poynt identifies your whereabouts and everything in your immediate radius: retailers, restaurants, gas stations—whatever you need on the road.
**Features:** Turn-by-turn Google Maps directions, address book integration, search results sharing
**Price:** Free
**Available for:** iPhone, Android, BlackBerry

Logistics is a competitive advantage.

WE ♥ LOGISTICS







### TAXI MAGIC
taximagic.com

**Why you need it:** Taxi Magic connects directly with local cab dispatch systems. Users in major cities can book pickup according to their specific location with a few taps (no phone call necessary), track their taxi's arrival and even charge their fare to a credit card.
**Features:** Dispatch updates, map views, click-to-call service in more than 4,000 North American locations
**Price:** Free
**Available for:** iPhone, Android, BlackBerry, Palm webOS

### WORLDMATE
worldmate.com

**Why you need it:** A personal assistant for business travelers, WorldMate manages your complete itinerary—flights, hotels, car rentals and meetings—and automatically synchronizes the details with your mobile device.
**Features:** LinkedIn integration, world clock, currency converter, tip calculator
**Price:** Free
**Available for:** iPhone, Android, BlackBerry, Windows Mobile, Symbian



# THE BEST OF THE REST

Not all applications fit squarely into easy-to-define categories or address everyday business challenges, but that doesn't mean they don't deserve to be on your smartphone.

### APPBOX PRO
appbox.com

**Why you need it:** A virtual Swiss Army knife for your phone, AppBox Pro offers a number of utilities—alarm clock, flashlight, currency converter, games, loan calculator, unit converter, even a random number generator—to fit almost any scenario. It also includes Google services such as News, Docs, Calendar and Reader.
**Features:** Five icon sets, 12 backgrounds, 11 button styles
**Price:** 99 cents
**Available for:** iPhone

### JUICEDEFENDER
android.com

**Why you need it:** The only problem with all of these cool apps is their effect on your smartphone's battery life. The answer: JuiceDefender, which disables mobile connectivity and other energy-sucking components until you need them.
**Features:** Homescreen widgets, default Easy Mode
**Price:** Free
**Available for:** Android

### LINKEDIN

**Why you need it:** Stay connected to LinkedIn wherever you go. The business-centric social network's official mobile app give users access to more than 75 million professional profiles, complete with real-time status updates and messaging tools.
**Features:** Search, invitations
**Price:** Free
**Available for:** iPhone, BlackBerry, Palm webOS

### QUICKLAUNCH

**Why you need it:** QuickLaunch speeds up access to your other go-to smartphone features, enabling you to create customized shortcuts to other apps as well as the web, SMS, contacts and multimedia.
**Features:** Configurable homescreen hotkey, auto backup, Bluetooth toggle
**Price:** $4.99
**Available for:** BlackBerry

### TETHER

**Why you need it:** Tether helps you leverage your phone's mobile data connection to surf the Internet on your laptop—no Wi-Fi service necessary. The application supports all U.S. wireless operators except regional carrier MetroPCS.
**Features:** Support for PCs and Macs, download speeds up to 2,400Kbps
**Price:** $49.95
**Available for:** BlackBerry



# WATERING
# HOLE

**Forget about bellying up to the hotel bar.**
Wine country may be just outside your door. Cheers!

BY BRUCE SCHOENFELD | PHOTOGRAPHY BY JOHN JOHNSTON



ROCKY MOUNTAIN
HIGH: BEN PARSONS
AND HIS INFINITE
MONKEY THEOREM
WINERY IN DENVER.

he main entrance of The Infinite Monkey Theorem winery overlooks a rutted alley in a semi-industrial area of downtown Denver. A maid service's fleet cars are parked next door. Don't strain too hard to see the vineyards; they're more than 200 miles away.

What's nearby instead is an entire metropolitan area, which means that if you're on a working layover in Denver and have a free afternoon, you can visit a winery almost as easily as you'd stop into a Starbucks. Step into the Quonset hut that Australian-trained enologist Ben Parsons has filled with fermentation tanks and oak barrels and, instantly, you're in wine country. He'll take you through the vinification process, offer samples and sell you bottles (ranging from $15.98 to $49.98) if you're inclined to buy. All that's missing are the vines.

Most of Infinite Monkey Theorem's wines are made from fruit that's grown on the far side of the Rocky Mountains and trucked in after harvest. That's a laborious process, but because Parsons is based in the heart of the city, he can cultivate relationships with the people most likely to buy—and sell—his wine. "Sommeliers come in and help us bottle," he says. "Some of the city's best chefs have come by and seen what we do. They help rack the wines. They taste from the barrels. And when someone sees Infinite Monkey Theorem on the wine list and asks them about it, they can tell the story because they've been here."

You'll find similar wineries (and even a few distilleries) across the country, some with restaurants, formal tasting rooms and even galleries attached, others mere storefronts with an open door and an enologist waiting to lead a tour. All are accessible for the business traveler with a few hours to kill before a flight or with downtime during a week on the road.

At New York's City Winery, in lower Manhattan, customers can dine on pomegranate-glazed chicken, sip wine that was made just a few feet away and watch top-flight performers such as Duncan Sheik or Suzanne Vega on stage in front of them. At Periscope Cellars in Emeryville, Calif., near Oakland, visitors typically stop in at the refurbished World War II submarine re-



VINES NOT INCLUDED: FERMENTATION TANKS AND OAK BARRELS LEND A WINE COUNTRY FLAVOR, PARSONS SAYS.

pair facility on weekends. They'll catch the latest art installation while enjoying a glass sourced from one of California's most famous appellations.

It's a different feel from the vine-covered hillsides of most wine regions and a different business model. "You lose the romance of the vineyard," acknowledges Marco Montez, who runs Travessia Urban Winery in New Bedford, Mass. "But the idea still amazes a lot of people. And then, when the wine is good, they get blown away."

A decade ago, only a handful of wineries could be found in major metropolitan areas (and most of those in the San Francisco Bay Area or Seattle), but they've proliferated from coast to coast since. Here are seven of the most enticing for the thirsty entrepreneur on the move:

**Henke Winery.** Ohio isn't exactly Napa Valley, but visitors are often surprised to learn that it has 130 wineries. Joe Henke founded his—in the leafy Cincinnati neighborhood of Westwood, 6 miles from downtown—in 1996, "before the term *urban winery* was even coined," he says. The cheese trays and other snacks long ago evolved into a full menu that now offers everything from crab cakes ($10.95) to filet mignon ($29.95.) **What to do:** About 25,000 visitors pass through annually, Henke says, and most end up eating, too. Try the Ziza Pizza ($8.95), hand-pressed garlic folded

inside pizza dough, baked in olive oil and covered with Romano cheese, or a strip steak smothered in peppers and onions. **What to drink:** The seven-wine tasting ($5) includes an Ohio-grown Vidal Blanc, a French hybrid grape common in the East and Midwest that makes a wine similar to off-dry Riesling, as well as a barrel-fermented Seyval, the closest that Ohio gets to white burgundy. Open evenings, Friday afternoons and all day on Saturdays. 3077 Harrison Ave., Cincinnati. (513) 662-9463. henkewine.com.

**The Infinite Monkey Theorem.** Ben Parsons' winery makes Colorado's best wines. An expanded facility that will include food, a rooftop bar with a mountain view and a larger retail area is coming in 2011. **What to do:** Catch the party atmosphere of the First Friday Art Walk Wine Bar, which features free-flowing wine, catered deli food and a DJ punching up tunes once a month. **What to drink:** Parsons' all-Colorado Cabernet Franc and Petit Verdot (both $29.98) are not only delicious, they also raise the bar for how good wines made from Colorado fruit can be. The Riesling ($19.98), made mostly from grapes shipped in from Oregon, has a touch of sweetness and tastes like ripe peaches. Open by appointment. 931 W. 5th Ave., Denver. (970) 260-0710. theinfinite-monkeytheorem.com.



FIRST SIP: TOURS INCLUDE THE VINIFICATION PROCESS, WHERE YOU CAN SAMPLE THE WINE.

EMERYVILLE, CALIF. **Periscope Cellars.** Just over the Bay Bridge from San Francisco, midway between Berkeley and Oakland, a submarine repair facility has been transformed into a winery and art gallery. **What to do:** The exhibit space showcases a different artist monthly, from the cut-paper works of Chris West to J.B. Lowe's science fiction illustrations. On the third Wednesday of each month, Periscope's reds are paired with a yoga session ($20 in advance, $25 at the door.) **What to drink:** Brendan Eliason makes an array of California reds, from pinot noir ($24) to zinfandel ($20). His Deep 6 ($44), a blend of the six grape varieties he deems most interesting each year, takes on a different character with every vintage. Open afternoons Friday through Sunday, and by appointment, or sometimes not. "If you show up and I'm not here, my cell phone number is on the door." 1410 62nd St., Suite B, Emeryville, Calif. (510) 655-7827. periscopecellars.com.

NEW BEDFORD, MASS. **Travessia Urban Winery.** For two years, software engineer Marco Montez, a native of Portugal, has been buying fruit from both nearby vineyards and far-off California. He uses the local grapes to make three white wines and an off-dry rose and has started bringing in the West Coast varieties for a range of reds, all of which are vinified and sold at this compact facility off the brick sidewalks of New Bedford, an hour outside Boston. **What to do:** Montez is available for tours and $5 tastings. No food. **What to drink:** A rainy 2008 made the UnOaked Chardonnay ($14)—produced from grapes grown in Westport and Dartmouth, Mass.—even sharper and steelier, the perfect antidote to the flabby California bottlings that sell for the same price. Open afternoons Wednesday through Sunday. 760 Purchase St., New Bedford, Mass. (774) 929-6534. travessiawine.com.

NEW YORK **City Winery.** From winemaker dinners and a Klezmer brunch to a custom-crush program that lets members make their own wine from Napa Valley grapes in downtown Manhattan, City Winery has put itself squarely at the center of New York's sophisticated wine scene. It also may be the only establishment around that employs both a lead enologist and a music programmer. John Hiatt, Mavis Staples, Shawn Colvin and other national acts have played the cozy concert space, and entertainment and other special events are booked for several days each week. **What to do:** Sit at the bar and pair the charcuterie plate with City's own Riesling ($10 a glass, $29 a carafe) or a bottle off the extensive—and well-chosen—wine list. **What to drink:** The fruity Grenache/Syrah rose ($9 by the glass) is served at the bar from a keg, so it stays fresh. Open daily to midnight, except when closed for special occasions. 155 Varick St., New York. (212) 608-0555. citywinery.com.

PARK CITY, UTAH **High West Distillery and Saloon.** High West, set at the base of a ski run in this resort community outside Salt Lake City, is Utah's first working distillery since the 1870s. David Perkins' small-batch whiskeys (and the world's only oat vodka) have gained a cultish following since he set up his still in 2007. Hearty mountain food like elk with chanterelles ($29) and bison rib-eye ($26) attracts a steady après-ski and mountain bike crowd. "People are interested in craft spirits all of a sudden, which is very exciting," Perkins says. And because of a recent law change, you can actually leave with a bottle of his finished product. **What to do:** Come for one of the scheduled distillery tours, then head to the saloon for the scene, the small plates and the sipping. **What to drink:** The Rendezvous Rye ($7 a glass) is an unorthodox blend of 6-year-old and 16-year-old Kentucky whiskey (High West's own whiskey is still too young to be released as an aged product) that competes with premium Bourbons. Open until 10 nightly. 703 Park Ave., Park City, Utah. (435) 649-8300. highwest.com.

PORTLAND, ORE. **Portland Wine Project.** The Willamette Valley, home of some of America's best pinot noir, is just an hour down the road, so it's no surprise that the urban winery trend is big in Portland. This 10,000-square-foot facility may be the best of them. It's home to Grochau Cellars and Boedecker Cellars, which share barrel space and a tasting room and each produce their own wine using Willamette Valley grapes. Grochau's are bigger and brassier, while Boedecker makes understated pinot noirs from Burgundy's model, with nuance as a goal. **What to do:** Tour the winery with—if you're lucky—one of the owners, John Grochau or Stewart Boedecker, as your guide. **What to drink:** Try Grochau's Tempranillo ($25.95), a structured red that approximates the flavors of Spain, and Boedecker's earthy Stewart pinot noir ($34), the winemaker's favorite cuvee. Open weekend afternoons and by appointment. 2621 NW 30th Ave., Portland, Ore. (503) 522-2455. gcwines.com; (503) 866-0095. boedeckercellars.com. **E**

# start it up

IDEA



# Make mine on the rocks

Two Silicon Valley entrepreneurs give kombucha a champagne-colored makeover

**ENTREPRENEURS:** Alison Zarrow, sociology grad student at Stanford University, and Caleb Cargle, former Stanford business school research assistant.

**WHAT POSSESSED THEM:** "We're not big drinkers, and we thought there needed to be a healthy, high-quality alternative to alcoholic drinks," Zarrow says. Enter Top Shelf: clear, champagne-colored kombucha in a fluted glass bottle—"perfect for mixing," Cargle says. "We're like the Grey Goose of kombucha."

**KOM-WHAT?** Fermented tea high in B vitamins and probiotics, popular for its touted medicinal benefits. Often associated with granola types and health nuts. (Warning: It's an acquired taste.)

**KOM-WHY?** 2009 industry sales were an estimated $100 million, and the market experienced double-digit growth over the last few years.

**"AHA" MOMENT:** On a plane, post-Vegas weekend. 'Nuff said.

**CUSTOMERS:** To promote the lifestyle beverage, they've gone after local accounts like Equinox Fitness, an upscale gym, and Garden Court, a luxury boutique hotel in Palo Alto, Calif.

**PHILOSOPHY:** "Work until it's done."

**STARTUP:** The pair launched Gourmet CA Raw Foods in 2009. "Our first investor was my best friend Visa," Cargle quips. Since then, friends and family have contributed enough to outfit a small kombucha factory with floor-to-ceiling brewing tanks—no mean feat in Silicon Valley, where startup culture revolves around tech.

**RECOMMENDED RECIPE:** The Dark and Stormy, two parts kombucha, one part light rum, one part ginger beer and lime juice.

**WHAT'S BREWING IN 2011 (AND BEYOND):** "We don't want to get in over our heads, so we're taking it slow," Zarrow says. They're aiming for regional distribution in one year, and nationwide in three. Cargle is experimenting with flavors, such as blueberry, mango and lemonade.

# linked// with Chris Brogan



# Bridge the gap

From online to off, and the other way around.
Why both worlds still matter.

**M**ore than 40 percent of small businesses in the U.S. have no online presence whatsoever. This stat battles me. Do they think consumers still pick up the yellow pages when we need to find a service or product? But the opposite happens often, too. I know plenty of web-based companies that believe there's no such thing as the physical world. To me, it's a matter of building better bridges.

### 

If you're handing someone a printed surface of any kind and there's no website address attached to it, what are you thinking? Your coffee shop napkins could be pointing me toward your new loyalty points program. Your incredible book about business secrets had better be pointing me toward websites at every turn (Jeffrey Gitomer's sales books are loaded with links to sites where he continues his efforts). Put URLs on everything you offer, and use them as ways to engage your customers or potential customers, such as sign-ups for e-mail newsletters or other offers to extend their experience.

### 

We're going through a redesign at Human Business Works. My creative director, Josh Fisher, and I are talking about business cards, note cards and something you might not have thought about: paper renditions of our presentations. I don't mean that we're going to run over to the laser jet and print off a few PowerPoint decks. I mean that we're going to design visual accessories in a nice portfolio case with a piece of heavy string and a button to wrap it around that will portray our presentation in a very physical way. We'll print a few hundred of these at a time and hand them out at select events as solid product, suitable for hanging at one's cubicle.

Why? Because we web-based entrepreneurs have to remember that the physical world exists, and that there are times when we have to bridge out into that world. So, yes: Make printed materials. Consider opening a physical pop-up store for a month or two, adding something more than shiny screens to promote your interests. In October 2010, Blurb, a print-on-demand book publisher headquartered in San Francisco, built a pop-up store in Manhattan's SoHo district. They used the space to demonstrate that their products weren't scrapbooks or flimsy crafts, but actual self-published books. Even smarter, they held workshops for getting the process started. Taking an online experience and bringing it offline is very important to the cause.

### 

Whether you're an offline business that thinks figuring out the online world is tricky, or you're an online business that thinks all your customers are just a tweet and a Facebook ad away from buying, you've got some bridges to create. The benefit of figuring out how to move people back and forth across those bridges is more business from untapped areas. The risk? The only one I see is in not considering a strategy for bridging both worlds. With a healthy movement between online and off, your business can find people where they are, not just where you're most comfortable.

UP YOUR BUSINESS

# going forward

# Confidence vs. arrogance

Back in 1890, Rhode Island gave birth to something that almost died of a tragic ailment in 2005.

Narragansett Beer owned a 65 percent share of the New England beer market from 1919 to 1967 and was scooped up at its peak by Falstaff Brewing Corp. in 1965. By the early 1980s, the brand was in a downward spiral. Falstaff closed breweries and what was once a warm and friendly regional mainstay ("Hey neighbor—have a 'Gansett!") became a ghost of its former self.

Enter Mark Hellendrung, former CEO of Nantucket Nectars, and a group of Rhode Island investors who in 2005 saw potential in the dying 6,000 case-per-year brew. Six years later, Narragansett serves up more than 600,000 cases annually.

Last year, Narragansett's 120th anniversary weighed heavily on the guy who grew the iconic brand's distribution hundredfold in a mere six years.

"Don't screw this up," Hellendrung recalls thinking. "It's too good and too right to put it in the hands of someone who might screw it up."

But then he realized that screwing up the revitalized brand was the least of his worries for one simple reason: "It's not my brand or even our brand—it's a public trust," he says. "Our customers let us know what they want and we listen to them every day. If we get arrogant, we're going to hear about it—and fast."

Hellendrung had the guts to take on a brand left for dead. But whether you're a startup or a brand in need of a makeover, how do you avoid the land mine of arrogance that's so common?

So far this year, I've seen more than 75 startups pitch their goods to prospective investors. In every instance, I was able to say, "Yes. They have something." And they did. So what was it that resonated?



NARRAGANSETT'S MARK HELLENDRUNG DIDN'T SCREW IT UP.

Humility. And while it takes confidence to push an idea into the marketplace, it's humility that prevents it from turning into arrogance, the idiot cousin of the confident businessperson.

"The difference between arrogance and confidence is self-awareness," says Jason Mendelson, founder and managing director of the Foundry Group. "The confident leader is self-aware of their customer's needs, their company's culture and the rapid changes that occur in their industry."

How do we avoid becoming the idiot cousin? We stay humble. Here are some thoughts to ponder as you bring your business down the road toward success:

• **Ditch the swagger:** Regardless of what you read in *Nice Girls Don't Get the Corner Office* or heard in the golf course locker room, people want to communicate with people who are respectful and humble. Swagger, while mildly impressive to some, is a turnoff for most.

• **Communicate:** Information flows both ways, but you can't listen when your mouth is moving. The best leaders are the best listeners and know when to turn down the noise and make a move.

• **Know the difference:** Humility is knowing we're going to get kicked (and when we least expect it) and striving to get kicked differently each time. Arrogance is thinking that no one would ever dare take aim.

Mind the line between confidence and arrogance and keep communicating. Given that only two-thirds of small businesses survive the first two years and fewer than half make it to the four-year point, we'd do well to embrace humility. After all, we never know who's listening and more important, who will have a great idea that helps us make the leap toward memorable, instead of becoming another forgettable casualty on the road of business.



# Looking past the recession

## Five recovery steps business owners need to take now

**F**ew small businesses have escaped fallout from the economic downturn of the past few years.

However, as many indicators begin to show signs of improvement, entrepreneurs need to position themselves to

benefit from the recovery, says Jim Muehlhausen, CPA and author of *The 51 Fatal Business Errors and How to Avoid Them.*



"The default mode is that we're all very scared," he says. "Business owners don't want to spend when they're in doubt, but it's important to make smart investments in your business as the economy begins to rebound."

Muehlhausen offers five crucial steps to recovery that business owners need to take now:

**1 REVIEW YOUR BUSINESS MODEL.**

It's time to ask some important questions: Is your business model working for you? Are your sales actually coming from where you think they're coming from? Is it time to adjust your focus or the way you do business? Take a top-to-bottom look at your best sources of revenue and figure out how you can pursue more of that type of business.



## Startup advice
# worth hearing about

Purchase *Entrepreneur®* magazine's state-specific audio Startup Guides to get the concise, on-the-go information you need to help you easily start a business in your state. Each guide includes:

- Audio CD that takes you step by step through the startup process

- Bonus CD full of checklists, sample forms and the most current contact information for federal, state, local and private agencies

### Order now at SmallBizBooks.com
### or call 1-800-421-2300!
## Entrepreneur

$13.29
LIMITED TIME ONLY!

As so many companies are struggling, there could be opportunities to acquire or merge with a complementary business that has a solid customer base. By doing so, you can expand your offerings and capture more market share. In other words, grow your business now, in anticipation of the upswing that's on the way.

If you're holding your breath for one big deal or event, you're putting too many eggs in one basket. Too many business owners are hanging their hopes on events that might never happen. Instead, look at ways to grow your business incrementally and make smaller investments in areas that will generate a return, such as expanding into new sales channels or increasing effective marketing tactics.

You may have worked with a skeleton crew to survive a drop-off in business. Yet as the recovery takes hold, it's important that you aren't busy wearing too many hats to recognize growth opportunities. Hire a part-time assistant to invest in automation. For instance, create a web-based ordering tool or find a more effective CRM program to help identify and deliver on customer needs more quickly.

Most important, it's time to stop fretting. Fear-based decisions are rarely effective and will keep you from seeing your next move clearly. Now is a terrific time to tune up your systems and put effort into developing new products or services. Rather than lamenting the bad times or trying to make things better right away, Muehlhausen says, direct your attention to two years from now. You'll be a step ahead of everyone who's only focused on the short-term.

## *The Ultimate Professional Franchise*

IFG franchisees provide short-term working capital for small business by purchasing their invoices at a discount.



- ◆ *No employees*
- ◆ *No premises*
- ◆ *No inventory*
- ◆ *No custom equipment*
- ◆ *No signage*
- ◆ *No extensive travel*
- ◆ *No long hours*
- ◆ *Modest Startup Costs*
- ◆ *Exceptional ROI*



THE
INTERFACE
FINANCIAL
GROUP
*Providing working capital for business*

Interface has been in the Invoice Discounting business since 1972 and is North America's leading alternative funding source for small business.
IFG has been certified as a World-Class Franchise for the past 5 years by the Franchise Research Institute.

www.interfacefinancial.com
Toll-Free 800-387-0860 / Direct 905-475-5701

*Stumptown*
*Coffee Roasters*
ELEVATED COFFEE
TO A LEVEL OF
APPRECIATION
ON PAR WITH
GOURMET FOOD
AND FINE WINE.
AN INSIDE LOOK AT
HOW THE COMPANY
HELPED LAUNCH A
CULTURE OF COFFEE
AFICIONADOS.

# the
# COFFEE◆
# *connoiseur*

BY JENNIFER WANG | PHOTOGRAPHY BY DAVID JOHNSON

*Duane Sorenson's* first customers gave it to him straight: They loved what he was doing with coffee—but they gave his business a year.

That was November 1999, and Sorenson had just quit his head roasting job at Lighthouse Roasters Fine Coffees, bought a 5-kilo coffee roaster for $8,300 (emptying out his savings account) and set up a small roastery and café called Stumptown Coffee Roasters in a run-down area in Southeast Portland, Ore. It was, Sorenson felt, his duty.

# innovators

"Coffee is as complex and beautiful as the finest wines in the world, but the majority of coffee being served and brewed is rubbish," he says. "It was the right thing to do, for coffee, my community, my customers and my employees."

But as much as those customers appreciated Sorenson's passion, they just couldn't see coffee as something that would fire up people's tastes and passions as much as food or wine—even in Portland.

Nearly 12 years on, Sorenson's vintaged-out café on 45th and Division is alive and thriving. The surrounding neighborhood boasts an upscale Thai restaurant serving Vietnamese Stumptown drip coffee and is roaming grounds for an ice cream truck selling gourmet, handcrafted treats in special Stumptown coffee flavors. The company now owns the 10,000-square-foot building that houses the original café as a warehouse and administrative base—and it's still not big enough. There are offices and a main roastery in other parts of Portland, and the search is on for a second space to consolidate operations.

It's fair to say that Stumptown has become an integral part of the community, having played a big part in Portland's rise as a coffee and foodie destination over the last decade. More important for business, having raked in nearly $20 million last year across its strong wholesale operation, nine heavily trafficked coffee bars in Portland, Seattle and New York City, and a coveted network of 500 wholesale customers nationwide, Sorenson keeps doing really cool things with—and for—the coffee culture.

***Coffee,*** says Matt Lounsbury, Stumptown's barista-turned-head of operations (and at the very beginning, Sorenson says, "just another suit" he made lattes for), is serious business at this company. For beans to be deemed worthy of sale, they have to score 86 or higher out of 100 in a strict taste test. If it's really good, it's not unusual for Sorenson to break records for prices paid—in one case, the enormous sum of $47.06 per pound against an average price of around $2.

The company's commitment to direct trade practices means paying two or three times more than fair trade prices to



**BLUE BOTTLE COFFEE**

# COOL BEANS
## How coffee culture has had an impact

**1.** **Gourmet:** An exotic bean could be the key to coffee consumers' hearts. Some of the world's most expensive beans, which sell for hundreds of dollars per pound, are harvested from ... well, poop. The civet, a catlike animal found in Southeast Asia, eats only the ripest coffee cherries, then excretes the fermented gourmet beans.

**2.** **Beauty:** In 2009, the global skincare market generated total revenues of $66 million, and the industry continues to grow. Coffee can be found in many skincare products and is one of the most common ingredients in anti-cellulite creams. Caffeine is the key: It constricts blood vessels and has anti-inflammatory and antioxidant properties. Is there anything coffee can't fix?

**3.** **Robots:** The Clover is an $11,000 automated, programmable brewing system developed in 2005 by Seattle-based Coffee Equipment Company. It blends vacuum, French press and computer technologies to create a single cup of gourmet coffee at a time. Coffee lovers can have the Clover experience at select cafés and Starbucks locations nationwide.

**4.** **Clothes:** We drink it, rub it on our skin and now we can wear it. Taiwanese fabric manufacturer Singtex uses recycled coffee grounds to make sportswear and supplies for retailers like Nike and The North Face. Singtex's process turns the grounds into yarn, which is then used in many of their fabrics; the grounds from just one cup of coffee can be used to make a couple of T-shirts.

**5.** **Equipment:** How much would you pay for the perfect brew? In 2008, Blue Bottle Coffee dropped $20,000 for a Japanese coffee brewer called a siphon bar—the first halogen-powered coffee machine in the U.S. —KATIE ROSSOMANO

ensure real sustainability and structural improvements at partner farms. Quality, Lounsbury stresses, has only improved as Stumptown has expanded.

"Almost every other company is operating on higher margins," Lounsbury says. "Our scores, the focus on quality over everything else—no one's doing that."

At Stumptown's Portland headquarters, you can grab the current edition of *Cherry*, the company's coffee zine. The first line reads, grandly, "A really spectacular cup of coffee is a story, about the person who grew, picked and processed it, about the person who roasted it, about the person who prepared it." It's printed on handsome

# innovators

rustic-colored paper, bound with red thread and tucked into the front pocket of a thick folder containing exactly these types of stories for several dozen coffees and their respective farms.

A few blocks away is Stumptown's public tasting annex—the first place of its kind when it opened in 2005. There, an impeccably groomed and white-clad barista sets up a cupping with quick precision, seven coffees in a row, ordered by "mouthfeel." He expounds on number two in the lineup, the Helsar Reserva from Costa Rica, which is, to him, "the perfect cup of coffee, so smooth and balanced you can't distinguish one note over another."

The room has the hint of a chemistry lab, with big glass jars on wood shelving, brewing equipment and a wide, pristine countertop. A video of Finca el Injerto, one of Stumptown's best partner farms in Guatemala, loops on a flat-screen on the back wall. The merchandise is limited: beans for $12.50 per 12-oz. bag, artsy posters of coffee farmers.

Roll your eyes at the glorified baristas, exotic coffee and preoccupation with catchwords like co-op, organic and direct trade all you want, but the world is undergoing a coffee renaissance. And when it comes to processing and brewing methods, the quality has never been this high. Consumers are already enamored by the snobbishness of it all, if the 20 percent year-over-year growth of gourmet coffee sales is anything to go by.



IT'S ABOUT PAYING AS MUCH MONEY AS NECESSARY FOR THE BEST COFFEE IN THE WORLD & TRYING NEW THINGS.

—*Sarah Allen,* **Barista** *magazine*

# A HISTORY *of* COFFEE



**1652**
The **FIRST COFFEEHOUSE OPENS IN ENGLAND,** where a cup of coffee is sold for a penny. Today, the average price for an espresso-based beverage in the U.S. is $2.45.

**1773**
Following the Boston Tea Party, the **CONTINENTAL CONGRESS DECLARES COFFEE THE OFFICIAL NATIONAL BEVERAGE.** Americans are now the world's leading coffee fanatics, consuming 400 million cups daily.

**1790**
The **FIRST WHOLESALE COFFEE ROASTING COMPANY** in America is established—which leads to the first newspaper advertisement for coffee that appears the same year in the *New York Daily Advertiser.*

**1903**
German coffee merchant Ludwig Roselius discovers that a shipment of coffee beans that had been soaked in water lost most of its caffeine, but retained its flavor. That realization leads him to produce the **FIRST DECAFFEINATED COFFEE,** Sanka Coffee. Twenty years later he introduces it to the U.S., where it's still distributed today by Kraft Foods.

Stumptown is at the center of the movement, says *Barista* magazine editor in chief Sarah Allen, who has known Sorenson since he was doing shifts as a barista. "None of this would have happened if Duane hadn't always done things his own way," Allen says. "Stumptown's still independent, and not tied down to fair trade and organic. It's just about paying as much money as necessary for the best coffee in the world and trying new things."

New things, perhaps, like Berserker Bock, a breakfast beer collaboration with Brooklyn brewery Sixpoint Craft Ales, or Bikes to Rwanda, a nonprofit that sends cargo bikes to coffee farmers. Or last summer's pop-up café in Amsterdam, for which Sorenson flew out a bunch of employees, rented a big house and proceeded to make the Dutch coffee, Stumptown style. Stumptown even delved into packaging this spring, releasing cold brew coffee in stubby glass bottles to lessen the company's use of plastic. Every project was a hit.

Sorenson's marketing and design instincts are spot on, too, says coffee critic Oliver Strand. He remembers how Sorenson spotted a glaring gap in New York's food culture—coffee—and managed to become a "kind of home team" shortly after opening in 2009.

"At the time, there wasn't a roaster around that was as encyclopedic and innovative," Strand says, noting that with the $450,000 buildout of the elegant, European-style coffee bar inside the trendy New York Ace Hotel, Stumptown succeeded in turning coffee into something "urban, grown-up and sophisticated." It also helped that instead of a flashy launch, the company opted for a grass-roots approach: wooden, artisanal signs, some drawn by baristas, posted at respected restaurants around the city and designed to capture attention with their distinctiveness.

And once Sorenson has your attention, he knows how to keep it. Even his employees (numbering around 180), often artists and musicians, tend to stay on for years, because Stumptown offers health insurance, 401(k)s and salaries good enough to buy houses and send kids to college—in effect, elevating the barista from a part-time gig to a real occupation.

As for the man behind it all? "I'm doing awesome," Sorenson says, beaming. It's a gray, cold spring morning at the Chateau Marmont in Hollywood, Calif., and Sorenson—tan from a weekend spent rocking out at the Coachella music festival in Indio, Calif.—is sporting his standard plaid-patterned shirt, jeans, Red Wing boots, hipster glasses and trademark surfer-casual attitude. Over a (sadly) Berserker Bock-less breakfast, *Entrepreneur* asked Sorenson how he plans to keep conquering the caffeinated masses. He reveals: a few more locations, some rock 'n' roll and many more cups of spectacular coffee.

**Stumptown just keeps on growing.**
Yeah, we have two new coffee bars in

# WOULD YOU BUY A FRANCHISE?

There are plenty of ways to find caffeinated success via the franchise route. Here's a breakdown of some of the leading coffee franchisors from *Entrepreneur's* Franchise 500 and their associated startup costs. —TRACY STAPP

The Coffee Beanery (coffeebeanery.com)
Total U.S. franchises: 90
Cost range to launch: $62.4K to $545K

Gloria Jean's Coffees (gloriajeans.com)
Total U.S. franchises: 81
Cost range to launch: $278.6K to $673.7K

Bad Ass Coffee (badasscoffee.com)
Total U.S. franchises: 41
Cost range to launch: $227K to $326K

Biggby Coffee (biggby.com)
Total U.S. franchises: 108
Cost range to launch: $220.5K to $390.1K

Dunn Bros Coffee (dunnbros.com)
Total U.S. franchises: 86
Cost range to launch: $128.2K to $466.1K

Scooter's Coffeehouse (scooterscoffee.com)
Total U.S. franchises: 75
Cost range to launch: $50.5K to $457K

Manhattan and Brooklyn under construction, and we're seriously looking for a neighborhood in Chicago that would accept Stumptown.

**Why Chicago?**
I keep being drawn back because of how



**1938**
Nestlé introduces Nescafé, the FIRST "DRINKABLE" INSTANT COFFEE, and helps establish coffee's first wave. More than 70 years later, Nestlé remains one of the leading national retailers of instant coffee.



**1946**
Achille Gaggia invents the MODERN ESPRESSO MACHINE. The 2011 Coffee Statistics Report says 30 million Americans drink specialty coffee beverages such as espresso and espresso-based drinks daily.



**1962**
The FIRST INTERNATIONAL COFFEE AGREEMENT is negotiated by the United Nations. Today, coffee is the second most valuable commodity in the modern global economy, with annual sales of $70 billion.



**1972**
Filterfresh invents the FIRST SINGLE-CUP COFFEE BREWING MACHINE. Last year a popular single-serve system called Senseo produced total sales of $536 million.



**2010**
STARBUCKS is still going strong after establishing coffee's second wave in the early '90s and carrying it to the third, rebounding from the economic downturn with total net revenues up 9.5 percent to $10.7 billion.

**2011**
GOURMET COFFEE characterizes the industry's third wave. The Coffee Statistics Report shows a 20 percent annual increase in sales of specialty coffee (nearly 8 percent of the $18 billion U.S. coffee market). —K.R.





40 percent of coffee consumed is gourmet

inspired I get from other entrepreneurs, restaurateurs, chefs and brew masters there. And since I have no other hobbies except for making people coffee, I've been thinking about it.

**So it feels like a good idea.**
Definitely. We've never run any surveys on checking out a particular area. It's always been by gut, because I've paid attention to how things work, and I have a lot of confidence in my staff and myself and the company—

and coffee drinkers in that they're going to taste our coffee and get excited by it. That's why I've taken so many risks and made decisions without having the financial backing to do them.

**Hasn't it been difficult to balance making money with doing what you want?**
I don't know about difficult. I've been

lucky to have great financial advisors around me from the start. They're very supportive, but I've also pushed them pretty hard. At times they've told me to settle down and make some money and not to open up another coffee bar … and I've shown up the next day with a signed lease.

But luckily, in every case we've been able to find the funding or borrow the money to do the next thing. I haven't brought too much water on the boat yet. But it's been close.

# CAFFEINE-FUELED *comparison*

Whether a big chain or a tiny kiosk, great gourmet coffee shops get java drinkers juiced. A shop's success isn't determined by one specific factor; rather, it's a combo of the right atmosphere, culture, philosophy and—of course—coffee. —MICHELLE JUERGEN

| | STUMPTOWN COFFEE ROASTERS | PEET'S COFFEE & TEA | ABRAÇO | INTELLIGENTSIA COFFEE & TEA | BLUE BOTTLE COFFEE |
|---|---|---|---|---|---|
| **FIRST OPENED** | 1999 in Portland, Ore. | 1966 in Berkeley, Calif. | 2007 in New York City | 1995 in Chicago | 2002 in Oakland, Calif. |
| **TYPE OF SHOP** | Coffee bars (and tasting annexes) | Typical coffee shop: tables and booths, often frequented by seekers of free Wi-Fi | Stand-up espresso bar | Coffee bars, and one café in Pasadena, Calif. | Varies by location: espresso bar, cafes, espresso carts and coffee kiosk |
| **LOCATIONS** | Nine, with 11 by the end of the year, in Portland, Seattle and New York accounting for a Chicago spot | 193 in California, Colorado, Illinois, Massachusetts, Oregon and Washington | Just one | Six in Chicago and Los Angeles (along with roasting facilities) and a New York City training lab | Seven in Oakland, San Francisco and Brooklyn, N.Y., two roasteries and the Northern California farmers market espresso carts |
| **CUSTOMERS** | Creative types: musicians, artists, grungers | Early-stage and hard-core do-gooders | East Villagers (aka hipsters) | Art-school grads and people who only own Apple products | Unpretentious hippies |
| **BIZ PHILOSOPHY** | Founder Duane Sorensen's M.O. is to provide great coffee, educate consumers about it and treat employees well—no matter the cost | Quality and freshness (each type of coffee is individually deep-roasted in single-batch roasters), along with partnerships with global nonprofits to better coffee-growing communities | Hole-in-the-wall space, minimal menu and eclectic design put the focus on aroma and taste and create a micro-community. Owner Jamie McCormick greets locals by name | Providing the complete coffee experience—excellent brew, skilled baristas, coffee education and sourcing the best green coffee—in a sleek, minimalist-design atmosphere | Founders tired of "grande eggnog" and the double-s pumpkin-pie mac chiato" and opened Blue Bottle in the tiniest taste of freshly roasted coffee |
| **PRICE OF A CAPPUCCINO** | $3 for 5 ½ oz. | $3 for 12 oz. | $3 for 8 oz. | $3.50 for 6 oz. | $3.25 for 6 oz. |
| **ORDER THIS** | A cup of Costa Rica Helsar Reserva coffee—a blend of molasses and cherry jam with notes of raspberry, strawberry and lavender | Dark chocolate mocha Freddo (their signature ice-blended drink) or a handmade three-berry scone | The olive oil cake is a customer favorite among Abraço's seasonal, homemade sweets, savories and small bites | A Black Cat Classic Espresso (part of "Black Cat Project" to create the perfect espresso) | New Orleans-style iced coffee with saffron and vanilla bean Snickerdoo |
| **THE COFFEE CHERRY ON TOP** | Employee benefits include health care, a 401(k) and an on-duty massage therapist | Twice-monthly guided coffee and tea tastings at local stores | Uses Counter Culture Coffee beans and food items are sourced from the local farmers market | Staff trained to be "the most knowledgeable and skilled in the coffee industry," offering public tasting and education classes at each retail location | Coffee roasted in vintage roasters, groand brewed one c at a time and serv in compostable c one location has a pricey Japanese siphon bar (see s bar on page 28) |



**Did instinct lead you to start Stumptown?**
It was also frustration, because there were restrictions I had on purchasing coffee. I had fallen in love with many of these special coffees and coffee farms that I was visiting, so I felt like rather than fighting someone for it, spinning that energy into doing it myself.

**How do you keep Stumptown innovative after so many years?**
I've had to broaden my role and get financial help, because at the very beginning, I was just a barista and roaster. I threw all the money in a shoebox, and I would count it when I needed to count it and write out a bank deposit slip. But as simple as it may seem, I've just been running with this concept of making people great coffee, and trying to improve quality and how employees are treated since I opened up my first shop 12 years ago.

**Any mistakes?**
Oh, tons. But the biggest regret was when I didn't listen to my gut and partnered up with someone. That lasted less than a year.

**What's your response to grumblings that you've sold out?**
We've gotten a lot of success in that we've grown, but you know, if anyone accuses us of selling out, they don't understand what that means. Even with growth, our company's expensive, because we're doing things that even small independents or the largest coffee companies aren't doing.

**Like paying for your employees' health care.**
Yeah, I offered health care as soon as we could, within six months of opening—and before I started taking a paycheck. It's the right thing to do. People look at the success of Stumptown and think I'm loaded, but I put it all back into the business like I have since day one, making improvements to coffee bars, on staff and so forth. I think what Peet's Coffee has done is inspirational. I want my customers for 20 or 30 years, and I want my kids to be able to work in this company, and my employees' kids, because that means they can afford to be here. There's also a massage therapist for staff, because I



# HOW TO OPEN A COFFEE BAR

HARD TO BELIEVE, but achieving gold status at Starbucks does not an independent café owner make. A lot goes into a great cup of coffee, and it's the same for a great coffee shop, says Matt Milletto, vice president of Portland, Ore.'s Bellissimo Coffee InfoGroup, a company that's trained thousands on the art of opening and running a successful retail coffee business.

"The coffee bar is often that third place outside of work and home to relax, and creating the right ambiance is critical to success," Milletto says.

Aside from the patience to learn as much as you can before getting started, here's what else Milletto says you'll need:

- **Business plan.** Yes, you must differentiate yourself from the competition with a cool concept, but base it around what you can afford. Coffee retail is a high-volume, low-transaction business, and big coffeehouses can require a quarter of a million dollars in startup costs. Figure out if it's feasible—or hire someone who will.
- **Location.** The location needs to be easily accessible to customers, especially in the morning. Then, think about the area's demographics. "It's easy to get emotionally attached to your concept or space," Milletto says, but if your customer base wants food and iced drinks, include them in the menu, even if it changes your square-footage needs. And finally, negotiate the best out of the lease.
- **Design.** Take "extreme care" in building out the concept. Apply it to the layout, music, décor, furniture, customer flow and even the equipment behind the bar. Everything matters.
- **People.** Since you're not opening a franchise, partner with vendors and roasters who have similar missions and are willing to provide support. Then train (and retain) the right employees, who can make or break your operation.
- **Coffee.** There's money to be made in specialty coffee, but in order to make a living, you have to invest serious time and energy into getting it and serving it. "It's very important," Milletto declares, "to have true passion for coffee." —J.W.

# CREATING BUSINESS OVER COFFEE

## A San Francisco incubator is helping entrepreneurs brew the next big idea

COFFEEHOUSES have always been great for doing business. Lloyd's of London insurance market, for instance, was so named for its start in the late 1600s at Edward Lloyd's coffeehouse, one of hundreds of "penny universities" where stimulating conversation could be had for the price of a cup of coffee.

Fast-forward a few centuries to The Summit SF, a grand, 5,000-square-foot café housed in the incubation space of venture capital firm i/o Ventures that opened in San Francisco last year. The café-and-tech hybrid offers all the things expected of a legit foodie spot: farm-to-table menu, craft beers, local wines and Blue Bottle coffee. There's even an art gallery featuring, appropriately, a futurism exhibit and QR codes on placards.

Then there's the other half: a co-working space for more than 40 telecommuters and 10-plus startups that each receive seed money and mentorship from tech industry leaders, including i/o. A couple earlier tenants already have closed million-dollar deals, and it's become a popular place for beta testing new services, like an online jukebox and the pilot program for the location-based Meet Gatsby app.

The locals dig it. The café is busy 90 percent of the time, and serves upwards of 300 to 600 people a day. "There's a definite vibe of entrepreneurship at the intersection of foodie and tech culture, because art and food and coffee can spark creative interactions between like minds and get people talking," says Summit founder and managing director Desi Danganan, who is, in true ouroboric fashion, one of i/o Ventures' first incubatees.

Next up, new locations—and possibly new themes, depending on those locations. "We're scouting," Danganan says. "I could see it working anywhere there's creativity. Our co-tenants don't have to be a venture fund or tech entrepreneurs, either. In D.C., it could be an NGO for gathering politicos. In L.A., it could be a small movie studio with writers and producers. In New York, a cutting-edge fashion label."

All tied together by that unifying requirement of innovation: caffeine. —J.W.

---

know it's a hard job, and if employees feel good, they'll make better coffee. The only downside is I can never get an appointment.

**So no financial goals?**
No, just growing and getting better, improving the way our employees are treated, improving our coffee and improving our facilities where we roast and brew. I want Stumptown to be respected as a specialty item, but also to be the most inexpensive luxury out there. I want it to be accessible to the most hard-core vegan punk rocker and also at the same time to the most successful entrepreneur for whom money is no object.

**And you're doing that.**
So far, so good. I think part of it is that our employees are treated well, and they understand what's going on in the company. My managers and I spend a lot of time seeing how employees are doing and what their needs are, and at the same time, letting them know what we need from them.

**Seems pretty simple.**
And obvious, in the sense of treating employees and customers and purveyors well, and looking for the best possible coffee we can find. [It's] obvious that once you find that coffee [you should] pay that coffee farmer a great price, but also follow up on seeing what else they might need. Relationships are really important.

**What about relationships with competitors?**
I feel if we do great things with our employees and our business, hopefully it's going to inspire other businesses, and I think it has.

**People can't talk about Stumptown without mentioning its renegade, rock 'n' roll culture. How'd that come about?**
Most of my inspiration comes from rock 'n' roll. It just gets me excited, and when you're excited it's easier to get things down. I've always reached out and hired creative people because it's been natural and easy to explain to artists and musicians what we want to accomplish at Stumptown, to communicate that this is my craft,

my passion. Definitely folks outside of creative [circles] understand what we're trying to do, but the people we've been able to bring on have been artistic types.

**All the coffee bars have a different energy. Intentional?**
Absolutely. I want people to feel comfortable walking into a Stumptown coffee bar, so I've put a lot of time and energy and thought into the design of each coffee bar and where it's

at. The Ace was our first coffee bar in New York City, and it's definitely our most elegant and high-energy. I wanted to build that experience for Stumptown's employees and customers, to show respect for the company and specialty coffee, rather than throwing something together and saving a little money to buy a new car or new suit.

**Is that somehow a reason why people say you're "controversial?"**
I've heard that I'm pissing people off. Maybe what Stumptown is doing with quality and relationships and design is causing people to have to answer questions from their staff and coffee famers. But yeah, I'm pretty pedal-to-the-metal when I get excited. Once I have the idea I don't do a whole lot of thinking about it. I take my enthusiasm and just run with it. **E**

---

There are more than

# 25,000

coffee shops in the U.S.[2]

---

# money



GAMESALAD'S DAN TREIMAN (FAR LEFT), TAN TRAN AND MICHAEL AGUSTIN.

# Are you game?

These guys can turn a great interest into a game, too. (gray text)

It's one thing to post a few cute animal videos on YouTube or populate a Facebook page with photos and status updates. But it's something else to think that anyone can create video games. Or is it? That's a bias GameSalad, an Austin, Texas-based video game development company, is trying to turn on its head.

Michael Agustin and friends Tan Tran and Daniel Treiman founded the company in 2007. Each had great jobs in the tech field—with collective experience at Apple, Edge of

Reality, Hotels.com and Epic Systems—and Agustin had earned a master's degree in entertainment technology from Carnegie Mellon as part of the video game development curriculum led by the late Randy Pausch, author of the bestselling book *The Last Lecture*. But the drum beat of "user-generated content" and the success of companies like YouTube left the trio wanting more. Together, they had the resources needed to develop and launch a platform to share their interest in game development with the masses.



They decided to move to Austin, a creative city with a low cost of living where their less-than-$20,000 self-funded startup capital would go further than in Silicon Valley. Launched as Gendai Games (the name change to GameSalad came in 2010), the company offered an easy-to-use platform with drag-and-drop features, allowing anyone with minimal gaming and computer skills to become a developer.

When they began to seek funding for their efforts, initially they came up empty. "Austin doesn't have a great depth of VC presence," Agustin says. "There was a local angel network and we got accepted based on the idea."

But the loose collection of attorneys, doctors and real estate investors just weren't "getting" the concept. The trio even presented at mega-conference South by Southwest (SXSW) Accelerator in 2009.

Eventually, the tech-savvy crowd took notice—including Beau Laskey of Burbank, Calif., VC firm Steamboat Ventures, an affiliate of The Walt Disney Company. Steamboat committed to a small round of seed funding.

"We liked the team," Laskey says, "and the ability to have a low-cost platform where creative individuals can come in and rapidly prototype and then actually publish their games was really exciting."

Apparently, the platform was also impressive for its quick adoption: Before that SXSW appearance, it had hundreds of users. Today, Agustin reports, more than 150,000 people have downloaded the tool, including a nurse whose GameSalad-based games sold so well she now has a game development studio of three people.

Laskey and his team led a $6.1 million round of funding that closed in March with participation from other VC firms Greycroft Partners, DFJ Mercury, DFJ Frontier and ff Asset Management. In November 2010, GameSalad brought on Disney veteran Steve Felter as CEO. Agustin says Felter was instrumental in landing the funding.

The money will be used to further develop the software and add applications and features that will appeal to professional developers, Agustin says, by "bridging the gap between traditional programming languages and GameSalad."

# GOING FOR BROKER

A LOAN BROKER COULD BE THE KEY TO HELPING FIND FUNDING FOR YOUR BUSINESS WHEN OTHER METHODS FAIL

**D**r. Eduardo Pignanelli was ready to expand his Manhattan medical practice in 2008—"and then the credit crunch happened," he says. Surprised at what a difficult time he was having securing funding, he turned to online loan brokerage Biz2Credit.com, which helped him line up a $1.75 million line of credit from Sovereign Bank at a rate of U.S. prime + 1 (4.25 percent), which also replaced an existing line he had with a rate of more than 8 percent. Biz2Credit also helped Pignanelli secure a $2 million SBA Loan from NewBank at a rate of 6 percent.

Loan brokerages like Biz2Credit give clients access to a range of financial products, says Kris Roglieri, founder of Commercial Capital Training Group in Albany, N.Y.

Because these commercial finance companies often represent different types of lenders and financing products, they can guide business owners to the best type of product for them. Roglieri offers some cautionary tips before trusting a prospective broker.

• **Make sure the broker has a verifiable physical address.** You should be able to easily learn its state of origin and to check its registration through the state's secretary's office, he says.

• **Don't ever work with brokers who require hefty upfront fees.** A broker should present a financing commitment that includes a written proposal or letter of intent outlining the general terms and conditions of the financing before any money changes hands.

• **Make sure the broker has direct access to lenders.** "Broker chains are when a broker represents financing obtained by another broker," Roglieri says. "At that point, you're just paying layers of fees to people unnecessarily." Any financing proposal should have the name of the lender and the name of your broker clearly identified.

Finally, it's critical for the broker to understand your business fully. Be honest about credit or other issues that may affect your approval. "If a loan broker knows about negative information upfront," Roglieri says, "they give you options that are more likely to be approved for your business."

# technology

# The end of free

All-you-can-eat never lasts forever. That's the story in mobile these days, as mobile data plans—the kinds that let you surf the web and download apps on your smartphones and tablets—move to a pay-per-use model. Businesses, consider yourselves warned: Going over the limit can result in hundreds of dollars in overage fees.

When the mobile internet was slow and ugly, unlimited data plans made sense. But as mobile apps and streaming video came into vogue, suddenly those mobile data networks started getting bogged down. So out came the tiers and the caps and the throttling. Here's what it all means.

**Reality: Almost no mobile operator offers truly unlimited data plans these days.** AT&T famously moved its iPhone data plans to tiers: first: 200 MB of data (enough for light surfing and e-mail) for $15 per month; 2 GB of data (fit for streaming music and video) for $25 per month. Verizon is planning data caps soon, while T-Mobile continues to offer unlimited data—unless you use too much, in which case they'll throttle back your speeds for the rest of the month. And no, most carriers won't let users share pools of megabytes of data as they do voice minutes. Every smartphone user needs to be vigilant.

**Watch your 3G/4G bandwidth consumption closely.** Most mobile operators offer some form of mobile app or website to help you monitor your usage. If your carrier lets you sign up for alerts when you approach your data limits, do so. But note: Soon many operators will use this heads-up as a chance to sell you more data to meet your one-time overage. You'll probably get a decent deal on the fly, but also use it to reevaluate your base package and upgrade as necessary.

**Be very aggressive using Wi-Fi versus 3G/4G.** Too many people use carrier mobile networks when they've got their own (free-to-use) Wi-Fi network in their office or home. For some users, managing Wi-Fi settings may be too



We gave it the best highway mileage in its class.

2011 Explorer. EPA-estimated 25 highway mpg, V6 FWD. Class is Three-Row Large Utilities. Non-Hybrid.

complex, or leaving Wi-Fi on drains their batteries. IPhone battery life and built-in Wi-Fi management is pretty decent; on Android, turn to an app like Locale or JuiceDefender that will automatically turn your Wi-Fi radio on and off depending on your location or other settings, saving battery life and megabytes of data usage.

9. evaluate your business model. As such as data caps impact how individuals, small businesses and startups consume mobile content, they're also going to have an effect on mobile businesses that rely on video or other high-bandwidth content. There can only be a few businesses like Netflix in the world anyway, but if you're counting on using a flashy video or high-bandwidth mobile app as your calling card to attract new mobile users, you may need to think again—for your would-be customers' sake.

# MOBILE MOMENTUM

**WITH MOBILE NETWORKS BECOMING MORE MATURE AND DEVICES FLOODING THE MARKET, THE SMARTPHONE IS BECOMING THE DEVICE OF CHOICE AMONG THE BUSINESS ELITE. WHILE THE MARKET REMAINS FRAGMENTED, ONE THING IS CERTAIN: OVERALL MOBILE DEVICE AND APPLICATION GROWTH IS SKYROCKETING.**

**14,000 petabytes:** Mobile data traffic generated by smartphones, feature phones and tablets by 2015[1]

**5.3 billion:** Number of global mobile subscribers at the end of 2010[2]

**77 percent:** Amount of the world population that figure represents[3]

**44 billion:** Number of worldwide mobile app downloads by 2016[4]

**29 percent:** Share of the smartphone operating system market held by Google's Android, which overtook Apple (27 percent) and Research In Motion (27 percent) this year[5]





Because the best places to go don't have any gas stations.

Ford

**Drive one.**

Marlo Scott transcended the whole sticky-sweet cupcake trend with a genius concept—serve them with booze!—and a renegade spirit

# A refined taste

**It's** just past seven on a Saturday night in New York City, and every seat at Sweet Revenge's custom-built zinc bar is taken. Forget about grabbing a table—they are all full, too. A big group is standing along a narrow drinks ledge, spilling into the back, and more people are hovering by the entryway. The room is warmly lit by suspended globe lights, giving off an inviting, Euro-chic vibe—dark hardwood, distressed mirrors, wall sconces with vintage metal accents, a striking art deco bird tattooed on the ceiling.

Sweet Revenge is a cupcake shop.

BY **JENNIFER WANG**
PHOTOGRAPHY BY **NATALIE BRASINGTON**
MAKEUP BY **KIM WHITE**

# innovator

Its owner, Marlo Scott, has managed to turn the whole cupcake phenom on its buttercreamed head by serving "grown-up" versions in sophisticated, and not always sweet, flavors topped with three fat slashes of frosting—a "badass mohawk" motif, as Scott puts it. Even more badass: The cupcakes are offered with wine and beer pairings designed to bring out the best of both. For the signature Sweet Revenge cupcake—a peanut butter cake with a chocolate ganache center and peanut butter-fudge frosting—there's a frothy Weihenstephaner Hefe Weiss ale or a Las Perdices Malbec, a full-bodied Argentinean red.

No place on the planet is thicker with cupcakes than New York City. There are nearly 40 bakeries devoted to them, including Magnolia Bakery, which kicked off the whole craze after appearing on *Sex and the City* in 2000, and Crumbs Bake Shop, a 35-unit cupcake corporation on the verge of mass franchising. Besides the specialists, there are so many bakeries, restaurants and food trucks pushing their own spin on the cupcake that there have been more than a few rumblings that the whole thing is *over.*

In the midst of all this, and in a recession, no less, Scott is proving that great opportunities are still out there for smart entrepreneurs: She has found a niche no one else tapped—a cupcake, beer and wine bar, with the atmosphere of a stylish bistro—and turned it into a spectacular success.

"She's found a different way to market cupcakes," says Nichelle Stephens, co-founder of the popular cupcake blog Cupcakes Take the Cake. "Sweet Revenge is not a dive and not too high-end, and appealing to locals at night, and tourists and families during the day. Actually, I'm surprised there aren't more places like this."

Just four months after opening in July 2008, Scott received a Critics' Pick award from *Time Out New York* magazine ("best case against cupcake backlash"). Her recipe for a chorizo sausage and Manchego cheese savory cupcake was featured in *Bon Appétit* magazine, and she's shown off her cupcake and booze pairings on *The Martha Stewart Show,* the *Today Show* and the Cooking Channel's *Unique Eats.* Last summer, she became the face



"When I was passed over for a promotion in 2005, that day, I literally swore that I was going to get my sweet revenge on these, uh, folks. I think that's the F-word I used," Marlo Scott says, with a smirk.

of a national advertising campaign for Chase's small-business credit card, Ink. In 2009, her first full year in business, revenue hit half a million (that's about 143,000 cupcakes). This year, Scott has plans to expand the menu and introduce Sweet Revenge lines of apparel, fragrances and wedding cakes.

It all started in August 2005, when Scott—a slim brunette with a wide grin and edgy style—got fed up with working for "the man" in sales, corporate development and brand licensing at NBC and Time Inc. "When I was passed over for a promotion in 2005, that day, I literally swore that I was going to get my sweet revenge on these, uh, folks. I think that's the F-word I used," she says, with a smirk.

Scott immediately began plotting her escape, taking business courses about the restaurant industry and attending entrepreneurship seminars. She discovered that cupcake bakeries had a mere 8 percent failure rate. By December, she had started baking in earnest. "I sucked at it at first," she recalls. "I'd forget about [the cupcakes] in the oven, and they'd come out very ... toasted."

When a layoff came a couple years later, Scott was ready. She sunk a total of $500,000 from her savings and an SBA loan into the business, and got ready to show her old employers what she could really do.

Three years later, sweet revenge tastes pretty good, especially when it's a raspberry red velvet cupcake served with a cold raspberry bellini.



# "I wanted to create a whole new brand and experience."

**Cupcakes and booze. How did you come up with that?**
Up to that point, cupcakes were cute, girly-swirly, nostalgic all-Americana, but that just was not me. I wanted to create a whole new brand and experience, so I started by looking at successful concepts in the restaurant industry, and at my own experiences going out in New York City. I read that French bistros were successful as a restaurant concept, and sure enough, where did I go? Pastis, Felix, Café Noir—all these really beloved French bistros.

**What next?**
I was really a super sleuth. I started taking pictures [of all these places], talking to the bartenders about what the countertops were like, studying the lighting,

fixtures, fans, wood, paint colors, tiles, chairs—literally every element. And I used Baz Luhrmann's film *Moulin Rouge* as [an example of] best practices in branding. I evaluated what he did in the visuals—the fonts, use of colors and language and decorative elements—to evoke the Bohemian spirit and energy across every element of the movie and its marketing.

**What about the nouveau cupcakes?**
I hired a genius consulting chef and tested out recipes, different packaging and frosting styles with friends and their friends. We ultimately got to this edgy, sexy, exotic styling, with the mohawk piping element and the rustic parchment paper instead of the pleated paper cup.

**It's very adult.**
Actually, there was a time I was thinking about doing a whimsical, kid-friendly, family-oriented cupcake experience, because I had a lot of friends who were having babies. Then I spent some time sitting in the cupcake bakeries and literally standing out in the street counting foot traffic and guessing ages and watching for children. It wasn't moms with strollers or toddlers at all; it was a 20- to 40-something crowd, predominantly single and—this was shocking to me—30 percent were guys.

**All that research—it's clear you have a marketing background.**
It's frustrating sometimes because I take longer than I'd like—it took 11 months



to do our brunch menu. We did focus groups to evaluate service, taste, presentation. We asked what was missing, what they would never order and we made some key business decisions based on the feedback. We slashed the salads and hummus, redesigned the menu and added some non-cupcake items, like bacon, eggs Benedict and lox and bagels.

**What couldn't you figure out with research?**
I bought all new plates because the original ones were way too large. We were trying to fill white spaces on the dish with sides that weren't appropriate. And in the first couple months, I was overwhelmed. I didn't know about the day-to-day, like how someone has to make sure there are four different types of sugar in the sugar bowl! It was a year before I developed all the procedures and checklists.

**You started research in 2005, but by the time you opened ...**
Muddling out of a recession wasn't in my projections, and when I opened I

suffered miserably. I literally would stand out on the street and try to give stuff away for free. It is unbelievably hard to give away anything on the streets of New York—people would look at me like I was half-crazy.
   Then I had a staff member not show up and I had to take over the shift, but I didn't know how to use the point of sale. A friend down the street had to show me how to use the espresso machine. So I started pulling every second shift, because I realized I could make tips that I could live off of, and I could control my employee costs.
   I was at the stage of the business where every penny counted, and January 2009 was absolutely the apocalypse. I was coming off incredibly small numbers, like $600 a day. I was working every night, and I knew that I was not going to be able to manage payroll and the SBA loan in February out of operating expenses.

**Did you have a Plan B?**
No. *No.* I never had any doubts, never had any regrets, didn't second-guess myself. I knew it was all about endurance and getting creative in figuring out how to take costs out. So I was mindful of HR costs and trained the staff to be conscientious about overproducing and wasting packaging and paper goods.
   And I tried to win repeat patrons and create a lasting relationship with them. I think people love to eat and drink here, but we also treat them with really good cheer. You get greeted by name—and you'd think that's the way it should be in the service industry, but it isn't. In all my years of living here, only one bartender knew my name, at an Australian bar called Eight Mile Creek in the NoLita district. It made such an impression on me.

**What was the turning point?**
Being on *The Martha Stewart Show* that January [in 2009]. I was connected with the set decorator on the show, and I was asked to drop off some cupcakes for a taste test. I got the call two hours later to be available to film. I left the taping immediately after to bartend here, and 30 seconds later, some people from the audience walked in. Martha's viewers were so responsive that it allowed me to make rent and payroll on Feb. 1.

# The secret ingredient

**BEING GREEN CAN SAVE THE BOTTOM LINE, TOO**

To the many reasons business owners can be enthusiastically green, Marlo Scott would add this: Greener is often cheaper. Here are four ways she practiced sustainability during Sweet Revenge's tough opening year.

**Eliminate waste:** "We never have things like napkins out for patrons to grab. We ask if they want it, and most will actually say no," Scott says. "Every bit counts when you're operating at the margin of survival."

**Monitor production:** The goal is to sell out every night, so Scott has developed ways to predict purchasing trends. "We can compare how much we sold last Monday, look at run-rates and build in a buffer," she says. "You can still get hit by surprises, but this way you're using numbers to make smart decisions." To encourage fewer surprises, she charges a "rush fee" for orders of a dozen or more cupcakes.

**Buy used:** Scott installed salvaged doors, circa 1900, from Olde Good Things antique store. Even at $7,000, they were far less expensive than new ones. "And they went with the vintage essence and spirit of the bar, because they were real vintage doors," she says.

**Don't skimp when it's worth it:** Sometimes a little extra investment is worth it, because you earn it back in customer appreciation. The walls are an eco-friendly stucco and have a weathered parchment look, and to continue the rustic theme, Scott uses unbleached paper bags and wooden cutlery for takeaway. —

# innovator

**You've had incredible press.**
You're shooting yourself in the foot if you don't do strategic stuff to get the word out. About two months in, I got on the *Time Out New York* website and sent an e-mail to the generic address saying hi. I think they called 30 seconds later to tell me to please bring the cupcakes. So I did, and when I was on the subway back, they called to let me know they were naming me a Critics' Pick because I was doing something so radically different.

**Has the visibility made a big difference?**
I'm finally seeing sales numbers on the weekends that I said I was going to do on an average daily basis in the original financial models that I built. It would have made me a $1 million business. It is driving top-line growth, and it's really increased web traffic.

**Which you've taken advantage of.**
I launched the Sweet Revenge apparel line online. I have stock here, and the staff is outfitted in it, but I don't want to kitsch out the place with T-shirts on the wall. I always knew I could expand the brand into different consumer products, because I was going to create a life-style—sexy, edgy, inviting—around Sweet Revenge. Also, I think anyone who's been challenged in the recession can appreciate the anti-establishment rebel yell, and the way I turned a bad situation around and got to do what I wanted to do.

**What's next?**
I'm hoping to get into lotions, perfumes, soaps. This is a platform for me to de-velop and launch other experiences. One of these days, I plan on writing a book, and I'm really hoping I can nail a TV deal that can pull off a Sweet Revenge concept about our quirky regulars or other small-business owners doing daring things.

**Will you open more cupcake bars?**
If I Starbucks myself, I'm no longer special. For me, it feels more authentic if you have to come here, to Carmine Street, to enjoy the experience and the cupcakes and booze.

**So what about this rumor that cupcakes are over?**
That's the silliest thing. The reality is, if you're doing something innovative, there's always room to become newswor-thy, even in the cupcake industry. **E**



# Cupcake city

HOW SWEET REVENGE COMPARES TO NEW YORK'S LEADING CUPCAKERIES.

| | SWEET REVENGE | MAGNOLIA BAKERY | CRUMBS BAKE SHOP |
|---|---|---|---|
| **CUPCAKE STYLE** | Grown-up, eaten on plates with knives and forks | Frilly, with sprinkles and frosting swirls | Huge, and huge selection (more than 50 flavors and toppings daily) |
| **PRICE** | $3.50 | $2.75 to $3.25 | $3.25 to $4.50 |
| **WHAT ELSE?** | | | |
| **LOCATIONS** | | | |
| **AMBIENCE** | | | |
| **THE HOOK** | | | |
| **PLANS FOR WORLD DOMINATION** | | | |

# EXHIBIT "M"

# JONES DAY

3161 MICHELSON DRIVE · SUITE 800 · IRVINE, CALIFORNIA 92612

TELEPHONE: (949) 851-3939 · FACSIMILE: (949) 553-7539

Direct Number: (949) 553-7502
mafinkelstein@jonesday.com

July 14, 2011

VIA FEDEX &
VIA E-MAIL (RWELLS@LPHCORP.COM)

Mr. Robert Wells
Light Point Holdings Corp.
124 Glencullen Circle
Jupiter, Florida 33458

Re:   Notice of Infringement of Entrepreneur Media Inc.'s Intellectual Property

Dear Mr. Wells:

We represent Entrepreneur Media, Inc., 2445 McCabe Way, Suite 400, Irvine, California 92614 ("EMI"). As you are no doubt aware, EMI is, and has been for over 30 years, the publisher of the nationally-recognized monthly magazine, ENTREPRENEUR®, with a worldwide circulation in excess of 600,000. As you also know, EMI owns extensive trademark rights in the mark ENTREPRENEUR® (the "ENTREPRENEUR® Mark") and also maintains and operates a number of websites, including *<www.entrepreneur.com>* (the "Entrepreneur.com Site"), through which it disseminates editorial content and other information, as well as offers of products and services, related or of interest to businesses, business owners, and prospective business owners.

We have recently become aware that your company, Light Point Holdings Corp. ("Light Point"), is blatantly and willfully infringing EMI's intellectual property rights by operating a website entitled "Entrepreneur Avenue," located at the Internet address http://www.entrepreneur-ave.com/ (the "Infringing Site"). In particular, your company has reproduced and is displaying in full on the Infringing Site and without EMI's consent, many of EMI's copyrighted articles and images as displayed on the Entrepreneur.com Site. Further, your company fully incorporates the ENTREPRENEUR® Mark in both the domain name < *www.entrepreneur-ave.com*> and Infringing Site in complete violation of EMI's trademark rights in and to the ENTREPRENEUR® Mark.

Given your obvious reproduction of EMI's copyrighted content and use of the ENTREPRENEUR® Mark on the Infringing Site and in the domain name < *www.entrepreneur-ave.com*>, it is indisputable that you are utilizing copyrighted material and trademarks (the "EMI IP") owned by my client without permission, authorization or license. Further, it is clear that Light Point's infringement is willful. Indeed, your use of EMI's copyrighted content and the ENTREPRENEUR® Mark leaves no room for doubt that you have deliberately chosen to copy

IRI-23057v1

JONES DAY

Mr. Robert Wells
Light Point Holdings Corp.
July 14, 2011
Page 2

the EMI IP in an attempt to divert traffic from the Entrepreneur.com Site and to the Infringing Site and, in general, to capitalize on the well-known ENTREPRENEUR® Mark, EMI's reputation for quality content and other goods and services, as well as the goodwill associated therewith.

In light of the foregoing, we demand as follows:

1.      That you immediately cease and desist all use of the EMI IP within 24 hours of your receipt of this letter.  In particular, we demand that your company (1) immediately cease use of the domain name < *www.entrepreneur-ave.com*>; and (2) remove all pages from the Internet containing reproductions of EMI's copyrighted content and controlled by Light House that are located anywhere on the Internet, whether on the Infringing Site or elsewhere;

2.      That you assign all right, title and interest in and to the domain name registration for < *www.entrepreneur-ave.com*> to EMI, its rightful owner; and

3.      That Light House provide EMI with an accounting of all profits and revenues derived from its operation of the Infringing Site and its use of the EMI IP.

A written statement of your company's full compliance, or intent to fully comply, with the demands set forth in this letter should be signed by you or someone authorized to enter into binding agreements on behalf of Light House and forwarded to me within 24 hours of your receipt of this letter.  Should your company fail to cease its unlawful conduct in accordance with this letter and to provide me with the written notice set forth above, EMI will take all action it deems necessary to enforce its rights and protect its business interests, including commencing immediate litigation for injunctive relief and damages.

If you have any questions with regard to this matter, you may contact the undersigned.

Regards,

Mark A. Finkelstein

cc:      Ashley H. Zito, Esq.

IRI-23057v1

Mark A. Finkelstein (State Bar N  .73851)
mafinkelstein@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:(949) 851-3939
Facsimile:(949) 553-7539
Attorneys for Plaintiff, ENTREPRENEUR MEDIA,
INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>PLAINTIFF(S)<br><br>V.<br><br>Light Point Holdings Corporation, a Florida corporation, and Entrepreneur Avenue, Inc., an unknown entity,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV11-01366 JST (ANx)**<br><br><br>**SUMMONS** |

TO:DEFENDANT(S): <u>Light Point Holdings Corporation and Entrepreneur Avenue, Inc.</u>

   A lawsuit has been filed against you.

   Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Mark A. Finkelstein, Esq.</u>, whose address is <u>3161 Michelson Drive, Suite 800, Irvine, CA92612</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: September  8  , 2011

By:  ROLLS ROYCE PASCHAL
                          Deputy Clerk

                *(Seal of the Court)*

                                                        1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Entrepreneur Media, Inc. | Light Point Holdings Corporation, and Entrepreneur Avenue, Inc., |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| JONES DAY, Mark A. Finkelstein<br>3161 Michelson Drive, Suite 800, Irvine, CA 92612<br>949.553.7502 | Unknown |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No  ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1125(d) - Violation of ACPA; 15 U.S.C. § 1114 - Trademark Infringement; 17 U.S.C. § 501 - Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 440 Other Civil Rights | | |

**FOR OFFICE USE ONLY:**  Case Number: **SACV11-01366 JST (ANx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 9/8/2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |